# Exhibit 1



**TAX EXEMPT AND
GOVERNMENT ENTITIES DIVISION**

**DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
Office of Indian Tribal Governments**

Internal Revenue Service
750 B Street, Suite 1630
San Diego, CA  92101-8131

July 16, 2001

California Valley Miwok Tribe
Attn:  Silvia Burley
1055 Winter Court
Tracy, CA  95376

Dear Ms. Burley:

     After receiving confirmation of your tribe's name change from the United States Department of the Interior, the Internal Revenue Service made a name change for the previously known Sheep Ranch Tribe of Me-Wuk Indians, EIN 94-3340635.  The new name shall read California Valley Miwok Tribe.  The name change did not necessitate a new Employer Identification Number (EIN).

     Please call me if I can answer or help clarify any questions you may have regarding this matter.

     Sincerely,

     E. Williamson

E. Williamson
INDIAN TRIBAL GOVERNMENT SPECIALIST

TOTAL P.02

**ORIGINAL**

Internal Revenue Service ————————————

# Indian Tribal Governments

**750 B. Street STE 1630**
**ITG: 7283**
**San Diego, CA 92101-8131**
**Fax: 619 230-8150**

**To:** Silvia Burley     **From: Emily Williamson**

**Fax:** (209) 834-0318     **Phone: 619 230-8165 xtn 126**

**Phone:** (209) 834-0197     **Pages:** 2

**Re:** Name Change     **Date:** 7/16/01

___ Urgent   X For Review   ___ Please Reply   ___ Confidential

**Comments:** Let me know if you need changes
to the wording of the letter by 12:30pm.
If I don't hear from you, I'll assume it
meets with your approval & I'll mail the
original to your attention.
       Emily

## CONFIDENTIALITY NOTICE

This communication is intended for the sole use of the individual to whom it is addressed
and may contain information that is privileged, confidential and exempt from disclosure
under applicable law. If the reader of this communication is not the intended recipient, or
the employee or agent for the delivering of this communication to the intended recipient,
are hereby notified that any dissemination, distribution, or copying of this communication
is strictly prohibited. If you have received this communication in error, please notify the
sender immediately by telephone call, return the communication to the address above via
the United Postal Service. Thank You.

# California Valley Miwok Tribe

**aka:** *Sheep Ranch Rancheria of Me-Wuk Indians of California*

## 1055 Winter Court, Tracy, California  95376

Phone: (209) 834-0197          srrancheria@thegrid.net          Fax: (209) 834-0318

CaliforniaValleyMiwokTribe@thegrid.net

---

**Tribal Council**

**GOVERNINING BODY**
**OF THE**
**CALIFORNIA VALLEY MIWOK TRIBE**
**aka**
**"Sheep Ranch Rancheria of Me-Wuk Indians of California"**

**RESOLUTION OF May 07, 2001**

**R-1-5-07-2001**

**RESOLUTION AUTHORIZING SUBMISSION OF A REQUEST**
**TO CHANGE THE NAME OF THE TRIBE**
**"SHEEP RANCH RANCHERIA OF ME-WUK INDIANS OF CALIFORNIA"**
**TO THE**
**"CALIFORMIA VALLEY MIWOK TRIBE" AND TO REQUEST THAT IT**
**BE PUBLISHED INTO THE FEDERAL REGISTER**

**Whereas,**  The Sheep Rancheria of Me-Wuk Indians is a federally recognized Tribe as acknowledged in the Federal Register/Vol. 63, No. 250/Wednesday, December 30, 1998/Notices 71941 and having the immunities and privileges available to them by virtue of their government-to-government relationship with the United States as well as the responsibilities, powers, limitations and obligations as a tribe, and

**Whereas,**  The Tribal Council of the Sheep Ranch Rancheria of Me-Wuk Indians of California has adopted "Draft B of March 6, 2000, Constitution of the California Valley Miwok Tribe formerly known as the ("Sheep Ranch Rancheria of Me-Wuk Indians of California") (Constitution) as its interim Tribal Constitution and governing document of the Tribe; and

**Whereas,**  The Tribal Council of the Sheep Ranch Rancheria of Me-Wuk Indians of California desires to formally change the name of the Tribe from "Sheep Ranch Rancheria of Me-Wuk Indians of California" to the "California Valley Miwok Tribe; and

**Whereas,**  The Tribal Council of the Sheep Ranch Rancheria of Me-Wuk Indians of California has declared under ARTICLE I - NAME of "Draft B of March 6, 2000, Constitution of the California Valley Miwok Tribe formerly known as the ("Sheep Ranch Rancheria of Me-Wuk Indians of California") (Constitution) that it's name shall be the "California Valley Miwok Tribe", and

**R-1-5-07-2001**

**Whereas,**     The Tribal Council of the Sheep Ranch Rancheria of Me-Wuk Indians of California
desires to effect this name change as soon as is possible.

**NOW THEREFORE BE IT RESOLVED** that the Sheep Ranch Rancheria
of Me-Wuk Indians of California hereby requests that the United States, Department of the
Interior, Bureau of Indian Affairs formally change the name of the Tribe from "Sheep Ranch
Rancheria of Me-Wuk Indians of California" to the "California Valley Miwok Tribe" and that all
appropriate agencies be notified and that the name change be appropriately published in the
Federal Register, and.

**BE IT FURTHER RESOLVED** that until the Tribe's name is formally changed and included into
the Federal Register, the Tribe will continue to operate and be known as the California Valley
Miwok Tribe aka "Sheep Ranch Rancheria of Me-Wuk Indians of California, and

**BE IT FINALLY RESOLVED** the Tribal Council of the California Valley Miwok Tribe aka
"Sheep Ranch Rancheria of Me-Wuk Indians of California" hereby authorizes Silvia F. Burley,
Chairperson, to take whatever action is necessary to effect the name change of the Tribe.

## CERTIFICATION

This is to certify that the above matter was considered and heard at a duly noticed meeting of the
California Valley Miwok Tribe aka "Sheep Ranch Rancheria of Me-Wuk Indians of California",
Tribal Council at which time a quorum was present, held on this day, May 07, 2001, and that this
resolution was adopted by a vote of __3__ in favor, __0__ opposed, and __0__ abstaining.

## ATTEST:

_Silvia Burley_                                          5/07/2001
Silvia Burley, Chairperson                              Date
California Valley Miwok Tribe aka "Sheep Ranch Rancheria of Me-Wuk Indians of California"

_Anjelica Paulk_                                        05/07/01
Anjelica Paulk, Vice-Chairperson                       Date
California Valley Miwok Tribe aka "Sheep Ranch Rancheria of Me-Wuk Indians of California"

_Rashel Reznor_                                         05/07/2001
Rashel Reznor, Secretary/Treasurer                     Date
California Valley Miwok Tribe
aka "Sheep Ranch Rancheria of Me-Wuk Indians of California"



Exhibit 2



# California Valley Miwok Tribe – Organization Information

Overview

Programs & Services

Tribes Served

Agencies

Contact Us

Welcome to the California Valley Miwok Tribe informational page. On this page you will find information regarding activities to organize and guide eligible participants through the process of organization.

- **IBIA 19-088 Order Soliciting Response**
- **IBIA 19-088 Order Concerning Juristiction**
- **IBIA 19-088 Order Dismissing Appeal**

## PUBLIC NOTICE

December 1, 2021

*Certificate of Degree of Indian Blood (CDIB) form can be found by* **clicking here***.*

The Bureau of Indian Affairs, Central California Agency (Bureau) plans to assist the California Valley Miwok Tribe, aka Sheep Ranch Rancheria (Tribe) with organization of a formal government structure by individuals who are eligible to participate in such a process, consistent with the December 30, 2015 decision by the Assistant Secretary – Indian Affairs.

The first step in the organization process is to identify individuals who are eligible to participate. If you believe you are a descendant of a person listed below and want to be considered for participation in the organization process, please submit the **Certificate of Degree of Indian Blood (CDIB)** form along with supporting documentation to the email address **CVMT-CDIB@bia.gov**, or by mail to:

**Bureau of Indian Affairs - Central California Agency**
**Attn: CVMT**
**650 Capitol Mall, Suite 8-500**
**Sacramento, CA 95814**

It is required that the CDIB form be signed and dated by the submitter or it will not be considered for eligibility. The deadline for submitting the CDIB form and supporting documentation is **January 14, 2022**. Any mailed submission must be postmarked by that date.

To be eligible, a person must show lineal descendancy from one of the following groups or individuals below:

1.  August 13, 1915, Census of Indians at or near Sheep Ranch, Calaveras County, California, which lists the following individuals:

- Peter Hodge
- Annie Hodge
- Malida Hodge (Daughter of Peter and Annie Hodge)
- Lena Hodge (Daughter of Peter and Annie Hodge)
- Tom Hodge (Son of Peter and Annie Hodge)
- Andy Hodge (Son of Peter and Annie Hodge)
- Jeff Davis*
- Betsey Davis
- Mrs. Limpey
- John Tecumchey
- Pinkey Tecumchey
- Mamy Duncan (Step-Granddaughter of Jeff Davis)

2. Descendants of Mable Hodge Dixie

3. June 6, 1935, Approved List of Voters for Indian Reorganization Act of Sheep Ranch Rancheria, Calaveras County, California, which lists the individual Jeff Davis*.

*For the purposes of determining eligibility, the Office of Federal Acknowledgement has determined that John/Johnny Jeff is not the son of Jeff Davis.*

The Bureau will review all timely received submissions and provide written decisions concerning the eligibility or ineligibility of all individuals who have submitted descendancy verification (CDIB) forms including the information identified above that is necessary to determine organization eligibility. Individuals determined eligible will be notified by letter from the Bureau. Individuals determined to not be eligible will be notified of their right to appeal the determination pursuant to relevant provisions of 25 Code of Federal Regulations Part 62, concerning adverse enrollment actions. After rendering final decisions regarding timely filed appeals, the Bureau will notify all individuals determined to be eligible to participate in the organization of the Tribe and will provide additional information for the organization process, including actions the eligible group is required to perform.

For more information regarding eligibility and necessary documentation, please contact Carol Rogers-Davis, Tribal Operations Officer, by email at **Carol.Rogers-Davis@bia.gov**.

## Previous Public Notices

This and previous notices were also published in area newspapers and can found here:

- **October 28, 2021 Notice of Initial Informational Meeting**
- **December 1, 2021 Notice for Eligible Individuals**

## Was this page helpful?

○ Yes
○ No

Submit

Return to top

**About Us**

AS-IA

BIA

BIE

BTFA

News

**Guidance**

FAQs

Federal Acknowledgment

Indian Child Welfare Act

American Rescue Plan Act

Web Standards

**Programs & Services**

Law Enforcement

Social Services

Tribal Government

**Contact Us**

DOI.gov

Regulations

Sitemap

USAJobs.gov



# Indian Affairs

1849 C Street NW
Washington, DC 20240

indianaffairs.gov
**An official website of the U.S. Department of the Interior**

About DOI                                    Anti-Harassment

Accessibility Support                         FOIA Requests

**PUBLIC NOTICE**
California Valley Miwok Tribe, aka Sheep Ranch Rancheria Organization

The Bureau of Indian Affairs, Central California Agency (Bureau) plans to assist the California Valley Miwok Tribe, aka Sheep Ranch Rancheria (Tribe) with organization of a formal government structure by individuals who are eligible to participate in such a process, consistent with the December 30, 2015 decision by the Assistant Secretary – Indian Affairs.

The first step in the organization process is to identify individuals who are eligible to participate in the organization process. If you believe you are a descendant of a person listed below and want to be considered for participation in the organization process, please submit, the Certificate of Degree of Indian Blood (CDIB) form along with supporting documentation to the following email address:
**CVMT-CDIB@bia.gov**

If you wish to mail in your CDIB form and supporting documentation, mail to:
**Bureau of Indian Affairs - Central California Agency**
**Attn: CVMT**
**650 Capitol Mall, Suite 8-500**
**Sacramento, CA 95814**

**The deadline for submitting the CDIB form and supporting documentation is *January 14, 2022*. Any mailed submission must be postmarked by that date.**

In order to be eligible, a person must show lineal descendancy from one of the following groups or individuals below:

1. August 13, 1915, Census of Indians at or near Sheepranch, Calaveras County, California, which lists the following individuals:
    1. Peter Hodge
    2. Annie Hodge
    3. Malida Hodge (Daughter of Peter and Annie Hodge)
    4. Lena Hodge (Daughter of Peter and Annie Hodge)
    5. Tom Hodge (Son of Peter and Annie Hodge)
    6. Andy Hodge (Son of Peter and Annie Hodge)
    7. Jeff Davis
    8. Betsey Davis
    9. Mrs. Limpey
    10. John Tecumchey
    11. Pinkey Tecumchey
    12. Mamy Duncan (Step-Granddaughter of Jeff Davis)

2. June 6, 1935, Approved List of Voters for Indian Reorganization Act of Sheep Ranch Rancheria, Calaveras County, California, which lists this individual:
    1. Jeff Davis

3. Descendants of Mable Hodge Dixie

For the purposes of determining eligibility for participation, the Office of Federal Acknowledgement has made a determination that John/Johnny Jeff is not the son of Jeff Davis.

<u>Please note</u>: it is required that the CDIB form be signed and dated by the submitter or it will not be considered for eligibility.

The Bureau will review all timely received submissions and will provide written decisions concerning the eligibility or ineligibility of all individuals who have timely submitted decendancy verification (CDIB) forms including the information identified above that is necessary to determine organization eligibility. Individuals determined eligible will be notified by letter from the Bureau. Individuals determined to not be eligible will be notified of their right to appeal the determination pursuant to relevant provisions of 25 Code of Federal Regulations Part 62, concerning adverse enrollment actions. After rendering final decisions regarding timely filed appeals, the Bureau will notify all individuals determined to be eligible to participate in the organization of the Tribe and will provide additional information for the organization process, including actions the eligible group is required to perform.

You may obtain the CDIB form by going to the following webpage:
https://www.bia.gov/regional-offices/pacific/central-california-agency/cvmt

or use the QR Code below:



The webpage will provide a link the CDIB form needed to determine eligibility.

<u>The deadline for submitting the CDIB form and supporting documentation is *January 14, 2022*. Any mailed submission must be postmarked by that date.</u>

You may also contact Carol Rogers-Davis, Tribal Operations Officer by email at Carol.Rogers-Davis@bia.gov for more information regarding documentation you must submit for the Bureau to determine your eligibility to participate in organization of the Tribe or you can go to the webpage above.

Exhibit 3



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
CENTRAL CALIFORNIA AGENCY
650 Capitol Mall, Suite 8-500
Sacramento, CA 95814

IN REPLY REFER TO:
EXECUTIVE DIRECTION

13 MAR 2023

CERTIFIED MAIL NO. 7022 3330 0001 7736 8620
RETURN RECEIPT REQUESTED



Dear ▮▮▮▮▮

The purpose of this correspondence is to advise you that the Bureau of Indian Affairs (Bureau), Central California Agency (Agency), received your Request for a Certificate of Degree of Indian Blood or Alaska Native Blood (CDIB) Form OMB Control #1076-0153, and supporting documentation, submitted in response to the Bureau's Public Notice to assist the California Valley Miwok Tribe (Tribe) with organization of a formal government structure. Your request was received on or ahead of the January 12, 2023, deadline and is considered timely filed. The Notice states you must be listed on or be a lineal descendant of a person listed on one of the documents (Eligible Groups) identified by the Assistant Secretary - Indian Affairs, December 30, 2015, decision, as amended by the Assistant Secretary – Indian Affairs May 31, 2022, decision.

The Agency has completed its review of your CDIB Form and supporting documentation. The review conducted is based upon the examination of available evidence currently before the Agency. Your CDIB form reflects you are claiming eligibility through your father, however, there is no father listed on your birth certificate. You did not provide any official documentation acceptable to the Secretary of the Interior required to establish your relationship to an ancestor in the Eligible Groups. Documentation could include your birth certificate that legally identifies your father, hospital, clinic, doctor's or midwife's records, baptismal certificate, notarized affidavit of paternity signed by your father, probate findings, decree issues by a Court of competent jurisdiction that identifies your father, or DNA results. Without credible evidence to legally identify your parentage the Agency is unable to establish your family ancestry.

Based on the Agency's research, the documentation you presented does not support your claim to be a direct lineal descendant to any individual listed in the Eligible Groups printed in the Public Notice. Consequently, it has been determined that you do not meet the eligibility criteria to participate in the organization of the Tribe.

This decision may be appealed in accordance with the regulations in 25 Code of Federal Regulations (CFR) Part 62 (copy enclosed). An appeal must be in writing and must be filed with the Superintendent, Central California Agency, Bureau of Indian Affairs, 650 Capitol Mall, Suite 8-500, Sacramento, CA 95814.

The appeal will be forwarded by the Superintendent to the Regional Director, Pacific Region, Bureau of Indian Affairs, for a determination.

Your notice of appeal must be filed with the Agency **within 30 days of the date you receive this** decision. The date of filing your notice of appeal is the date it is postmarked or the date it is personally delivered to the Agency. Your notice of appeal must include your name, address and telephone number. It should clearly identify the decision being appealed. If possible, attached a copy of the decision and documents you believe support your appeal. The notice of appeal and the envelope which it is mailed should be clearly labeled "**NOTICE OF APPEAL**".

If no appeal is timely filed, this decision will become final for the Department of the Interior at the expiration of the appeal period. No extension of time may be granted for filing a notice of appeal.

Should you have a question please contact me or Carol Rogers-Davis, Tribal Operations Officer, at (279) 444-0323, or by email at harley.long@bia.gov or carol.rogers-davis@bia.gov respectively.

Sincerely,

Harley Long
Superintendent

# Exhibit 4

**COVID-19 Updates and Information** Following guidance from the White House, Centers for Disease Control and Prevention...

An official website of the United States government  Here's how you know

U.S. Department of the Interior

# Indian Affairs

 MENU

# California Valley Miwok Tribe – Organization Information

Overview

Programs and Services

Tribes Served

Agencies

Contact Us

Welcome to the California Valley Miwok Tribe informational page. On this page you will find information regarding activities to organize and guide eligible participants through the process of organization.

**PUBLIC NOTICE**

November 29th, 2022

The Bureau of Indian Affairs, Central California Agency (Bureau) plans to assist the California Valley Miwok Tribe, aka Sheep Ranch Rancheria (Tribe) with organization of a formal government structure by individuals who are eligible to participate in such a process, consistent with the December 30, 2015 decision by the Assistant Secretary – Indian Affairs, as revised May 31, 2022, by the Assistant Secretary – Indian Affairs.

The first step in the organization process is to identify individuals who are eligible to participate in the organization process. If you believe you are a descendant of a person listed on one of the documents below and want to be considered for participation in the organization process, please submit, the Certificate of Degree of Indian Blood (CDIB) form along with supporting documentation to the following email address: CVMT-CDIB@bia.gov

If you wish to mail in your CDIB form and supporting documentation, mail to:

**Bureau of Indian Affairs - Central California Agency**

**Attn: CVMT**

**650 Capitol Mall, Suite 8-500**

**Sacramento, CA 95814**

**The deadline for submitting the CDIB form and supporting documentation is *January 12, 2023.*  Any mailed submission must be postmarked by that date.**

In order to be eligible, a person must show lineal descendancy from one of the following groups or individuals below:

1. August 13, 1915, Census of Indians at or near Sheepranch, Calaveras County, California
2. June 6, 1935, Approved List of Voters for Indian Reorganization Act of Sheep Ranch Rancheria, Calaveras County, California
3. The Heirs of Mable Dixie (the sole Indian resident of the Rancheria eligible to vote on its termination in 1967) as identified by OHA in 1971, and their descendants
4. Descendants of the Miwok Indians listed on the Indian Census Roll for Calaveras County, dated June 30, 1929

*Please Note*: it is required that the CDIB form be signed and dated by the submitter, or it will not be considered for eligibility.

The Bureau will review all timely received submissions and will provide written decisions concerning the eligibility or ineligibility of all individuals who have timely submitted decendancy verification (CDIB) forms including the information identified above that is necessary to determine organization eligibility. Individuals determined eligible will be notified by letter from the Bureau. Individuals determined to not be eligible will be notified of their right to appeal the determination pursuant to relevant provisions of 25 Code of Federal Regulations Part 62, concerning adverse enrollment actions. After rendering final decisions regarding timely filed appeals, the Bureau will notify all individuals determined to be eligible to participate in the organization of the Tribe and will provide additional information for the organization process, including actions the eligible group is required to perform.

You may obtain the CDIB form by clicking here.

*The deadline for submitting the CDIB form and supporting documentation is January 12, 2023. Any mailed submission must be postmarked by that date.*

You may contact Carol Rogers-Davis, Tribal Operations Officer, by email at Carol.Rogers-Davis@bia.gov, Harley Long, Superintendent, at harley.long@bia.gov, or you may call (279) 444-0323 for more information regarding documentation you must submit for the Bureau to determine your eligibility to participate in organization of the Tribe.

### Previous Public Notices

This and previous notices were also published in area newspapers and can found here:

- September 30, 2022 Notice of Informational Meeting

### Interior Board of Indian Appeals (IBIA) Decisions

- IBIA 19-088 Order Soliciting Response
- IBIA 19-088 Order Concerning Jurisdiction
- IBIA 19-088 Order Dismissing Appeal

OMB Control No. 1076-0153
Expiration Date: 11/30/2024

# BUREAU OF INDIAN AFFAIRS
# CERTIFICATE OF DEGREE OF INDIAN OR ALASKA NATIVE BLOOD
# INSTRUCTIONS

All portions of the Request for Certificate of Degree of Indian or Alaska Native Blood (CDIB) must be completed. You must show your relationship to an enrolled member(s) of a federally recognized Indian tribe, whether it is through your birth mother or birth father, or both. A federally recognized Indian tribe means an Indian or Alaska Native tribe, band, nation, pueblo, village, or community which appears on the list of recognized tribes published in the Federal Register by the Secretary of the Interior (25 U.S.C. § 479a-1(a)).

- Your degree of Indian blood is computed from lineal ancestors of Indian blood who were enrolled with a federally recognized Indian tribe or whose names appear on the designated base rolls of a federally recognized Indian tribe.

- You must give the maiden names of all women listed on the Request for CDIB, unless they were enrolled by their married names.

- A Certified Copy of a Birth Certificate is required to establish your relationship to a parent(s) enrolled with a federally recognized Indian tribe(s).

- If your parent is not enrolled with a federally recognized Indian tribe, a Certified Copy of your parent's Birth or Death Certificate is required to establish your parent's relationship to an enrolled member of a federally recognized Indian tribe(s). If your grandparent(s) were not enrolled members of a federally recognized Indian tribe(s), a Certified Copy of the Birth or Death Certificate for each grandparent who was the child of an enrolled member of a federally recognized Indian tribe is required.

- Certified copies of Birth Certificates, Delayed Birth Certificates, and Death Certificates may be obtained from the State Department of Health or Bureau of Vital Statistics in the State where the person was born or died.

- In cases of adoption, the degree of Indian blood of the natural (birth) parent must be proven.

- **Please return your request and supporting documents to the Agency from whom you receive services.** Incomplete requests will be returned with a request for further information. No action will be taken until the request is complete.

# Exhibit 5

July 31, 2023

Notice is hereby given that the next organizational meeting for the California Valley Miwok Tribe will be held **August 30, 2023, at 2:00 PM**. The meeting will be held in person at the Calaveras County Fairgrounds, with a virtual option for those who cannot attend in-person.

The meeting will be held at the following address:

**Calaveras County Fairgrounds, Mark Twain Hall**

**2465 Gun Club Road**

**Angels Camp CA 95222**

The hall will open at 12:30 PM to allow members of the eligible groups to sign-in and take their seats. Please be advised only those individuals who received letters stating they are members of the eligible groups consistent with the Assistant Secretary – Indian Affairs December 30, 2015, decision, as amended May 31, 2022, will be allowed to participate. Should you require assistance to attend the meeting you will be allowed to bring one person into the hall to assist you. ***Be further advised anyone participating in the meeting will be required to show a photo ID. It is strongly recommended you bring a copy of your letter stating you are eligible to participate. All individuals must sign in, including those aiding someone participating the meeting.***

If you are unable to attend in-person, email CVMT-CDIB@bia.gov to request information to register virtually.

It is the purpose of this meeting to discuss the process in which a proposed governing document will be developed to move forward to an eventual petition for a Secretarial Election. This meeting is not to conduct a Secretarial Election. A portion of the meeting will allow for questions and answers. Please note only those eligible to participate in the Organization of the California Valley Miwok Tribe will be permitted to ask questions or make statements.

Should you have a question, please contact Harley Long, Superintendent, at harley.long@bia.gov, or Carol Rogers-Davis, Tribal Operations Officer, at carol.rogers-davis@bia.gov, or by phone at (279) 444-0323



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
CENTRAL CALIFORNIA AGENCY
650 Capitol Mall, Suite 8-500
Sacramento, CA 95814

IN REPLY REFER TO
Executive Direction

31 JUL 2023

## NOTICE OF ORGANIZATIONAL MEETING FOR THE
## CALIFORNIA VALLEY MIWOK TRIBE

**AUGUST 30, 2023 - 2:00 PM**



Dear ████ ██ ████

This letter serves as your notice of the next organizational meeting for the California Valley Miwok Tribe to be held August 30, 2023, at 2:00 PM.  The meeting will be held in person at the Calaveras County Fairgrounds, with a virtual option for those who cannot attend in-person.

The meeting will be held at the following address:

> Calaveras County Fairgrounds
> Mark Twain Hall
> 2465 Gun Club Road
> Angels Camp CA 95222

The hall will open at 12:30 PM to allow members of the eligible groups to sign-in and take their seats.  Please be advised only those individuals who received letters stating they are members of the eligible groups consistent with the Assistant Secretary – Indian Affairs December 30, 2015, decision, as amended May 31, 2022, will be allowed to participate.  Should you require assistance to attend the meeting you will be allowed to bring one person into the hall to assist you. *Be further advised anyone participating in the meeting will be required to show a photo ID.  It is strongly recommended you bring a copy of your letter stating you are eligible to participate.  All individuals must sign in, including those aiding someone participating the meeting.*

If you are unable to attend in-person, email CVMT-CDIB@bia.gov to request information to register virtually.

It is the purpose of this meeting to discuss the process in which a proposed governing document will be developed, to move forward to an eventual petition for a Secretarial Election. This meeting is not to conduct a Secretarial Election.  A portion of the meeting will allow for

questions and answers, please note only those eligible to participate in the Organization of the California Valley Miwok Tribe will be permitted to ask questions or make statements.

Should you have a question, please contact me at harley.long@bia.gov, or Carol Rogers-Davis, Tribal Operations Officer, at carol.rogers-davis@bia.gov, by phone at 279.444.0323, or you may write to the above address.

Sincerely,

Harley Long
Superintendent

# Exhibit 6

**CERTIFIED COPY**

CALIFORNIA VALLEY MIWOK TRIBE
ORGANIZATIONAL MEETING

August 30, 2023

Held at:
Calaveras County Fairgrounds
Mark Twain Hall
2465 Gun Club Road
Angels Camp, California
and remotely via teleconference

Brooke Silvas, CSR 10988
1017488





(310) 207-8000 Los Angeles   (415) 433-5777 San Francisco   (949) 955-0400 Irvine   (858) 455-5444 San Diego
(310) 207-8000 Century City   (408) 885-0550 San Jose   (760) 322-2240 Palm Springs   (800) 222-1231 Carlsbad
(916) 922-5777 Sacramento   (800) 222-1231 Martinez   (702) 366-0500 Las Vegas   (800) 222-1231 Monterey
(951) 686-0606 Riverside   (818) 702-0202 Woodland Hills   (702) 366-0500 Henderson   (516) 277-9494 Garden City
(212) 808-8500 New York City   (347) 821-4611 Brooklyn   (518) 490-1910 Albany   (914) 510-9110 White Plains
(312) 379-5566 Chicago   00+1+800 222 1231 Paris   00+1+800 222 1231 Dubai   001+1+800 222 1231 Hong Kong

1

2

3

4              CALIFORNIA VALLEY MIWOK TRIBE
                ORGANIZATIONAL MEETING
5

6

7

8                     August 30, 2023
                        2:00 p.m.
9

10

11

12                     Held at:
             Calaveras County Fairgrounds
13                  Mark Twain Hall
                 2465 Gun Club Road
14             Angels Camp, California
          and remotely via teleconference
15

16

17

18

19

20

21

22

23

     Reported by:
24   Brooke Silvas
     CSR 10988
25   Job No. 1017488

                           1

```
1              CALAVERAS COUNTY FAIRGROUNDS, CALIFORNIA
2                       AUGUST 30, 2023
3
4              HARLEY LONG:  Good afternoon, everyone.
5    Can we take our seats.
6              My name is Harley Long.  I'm the
7    superintendent of the Bureau of Indian Affairs,
8    Central California Agency.
9              I'm joined on stage today by Carol
10   Rogers-Davis, Tribal Operations Officer.  Bibiana
11   Sparks of Acorn, who is facilitating the virtual
12   portion of this meeting.  I would like to welcome
13   everyone to the California Valley Miwok Tribe's
14   organization meeting.
15             We are going to start off today by
16   inviting Anthony Wilson up to offer a prayer over
17   these proceedings.
18             ANTHONY WILSON:  Thank you, Creator, for
19   letting us all join here today.  Thank you for
20   giving us a safe trip.  Pray for those that are at
21   home, that they are all healthy and well.  Pray for
22   our elders that are here that have been watching
23   this go on for a long time.  I pray for the young
24   that are here that we all take this journey together
25   and do the best for our people.  I pray for the
```

                                2

1    four-legged and our plant relatives outside that

2    they keep us healthy and nourished so we can do

3    great things.  Keep our minds well and our vision

4    straight.

5               HARLEY LONG:  Thank you, Anthony.

6               We are here today for the Bureau of Indian

7    Affairs to provide an overview of the next step in

8    the organization of the California Valley Miwok

9    Tribe.

10              I want to apologize for not standing

11   today.  I injured my leg, and it prevents me from

12   standing for long periods of time right now.

13              At the conclusion of my presentation,

14   members of the eligible groups, as defined by

15   Assistant Secretary Indian Affairs Washburn's 2015

16   decision, as amended by Assistant Secretary Indian

17   Affairs Newland's 2022 Decision, will have the

18   opportunity to make statements and ask questions.

19              Before I begin, I am going to go over -- I

20   am going to cover some housekeeping and ground rules

21   for today's meeting.  First, please be advised the

22   audio of this meeting is being recorded and is being

23   transcribed for the record.  If you need to use the

24   restroom, please use the restroom nearest today's

25   entrance to minimize distractions.  In case of an

3

1   emergency, please proceed to the nearest exit.  You

2   can see there are two up here and there's two in the

3   rear.  We ask that everyone please silence cell

4   phones.  Be respectful and courteous.  Speak one

5   person at a time.  Only those eligible to

6   participate may participate.  And different opinions

7   are welcome.  Disagreements may occur today;

8   however, we must -- they must be done respectfully,

9   without negative behavior.  Give feedback openly and

10  address the process, not individuals.  And limit

11  side conversations.  It is important that we try to

12  limit those as much possible, as the microphones

13  will pick up and the transcriber who is attending

14  virtually will be able to hear what is being said

15  into the microphone.

16          I will be going over the process the

17  Bureau of Indian Affairs will be assisting the

18  Tribal Community navigate as it moves into the next

19  phase of the organization of the tribe.  It is a

20  very similar process to the processes used when

21  assisting other tribes within the Pacific Region

22  organize, which includes identifying a committee to

23  develop a governing document of the California

24  Valley Miwok Tribe and suggestions on how to begin

25  this process.  At the close of the meeting, you will

4

1    be asked to select which option you prefer from the

2    options listed on the options selection form you

3    received.  And if interested, submit the interest

4    form to be considered being selected for the

5    constitution committee.

6              As many of you are very aware, the tribe

7    has been embroiled in disputes for nearly 25 years,

8    leading to multiple BIA decisions, decisions from

9    the Interior Board of Indian Appeals, and the

10   Assistant Secretary of Indian Affairs, and the

11   federal courts.  All leading to the 2015 decision of

12   Assistant Secretary Washburn, as amended by

13   Assistant Secretary Newland in 2022.  Amongst other

14   things, the 2015 decision directed the Bureau of

15   Indian Affairs Pacific Regional Director to sure --

16   to ensure any governing document developed and

17   accepted by the tribe was done so in a manner that

18   was inclusive of the entire tribal community.

19   Through that lens, the Bureau is now working with

20   you as you all have been determined eligible to

21   participate in the organization of the tribe as

22   outlined by the Assistant Secretary's decisions.

23   Coming together, while focusing on the future of the

24   California Valley Miwok Tribe, it is in everyone's

25   best interest for generations to come.

1           The Central California Agency will now

2   assist the tribe in developing a proposed governing

3   document.  This process will begin by establishing a

4   constitutional committee.  Each of you should have

5   received an interest form while signing in today.

6   If you are interested in participating as a member

7   of the constitutional committee, please complete the

8   form and place it in the box near the front

9   entrance.  For those participating virtually, my

10  staff has emailed you the form and provided you

11  while registering -- well, to the email you provided

12  while registering for this meeting.  Interest sheets

13  may be emailed to me for consideration.  A committee

14  of eight individuals will be selected from the

15  interest sheets received.  The individuals selected

16  will be notified by the Central California Agency,

17  and the names of those on the committee will be

18  posted on the agency's website.

19          To provide the committee with the tools to

20  be successful in developing a constitution, a

21  contracted moderator will be present to assist the

22  committee work through any possible disagreements.

23  And agency staff will be present to provide any

24  technical assistance requested by the committee.

25  This process will be committee-driven, with the

6

1   assistance of the agency as requested.  Members of
2   the committee will be encouraged to engage with the
3   greater tribal community to obtain input on the
4   proposed governing document and bring it back to the
5   table.
6        The goal of the constitutional committee
7   is to ensure that the governing document drafted
8   clearly articulates these key points amongst others:
9   Provide -- that it provides a framework for the
10  exercise of a political authority by the tribe.
11  Identifies the governing body of the tribe.
12  Identifies and allocates powers and processes of the
13  tribe.  For example, tribal court, separation of
14  duties and authorities.  And identifies the
15  requirements for tribal membership.
16       The constitutional committee will be
17  selected by September 8, 2023.  As such, anyone
18  interested in joining the committee must express
19  their interest no later than September 1, 2023,
20  either by emailing me at the address listed above or
21  by submitting the form today.  To assist the
22  constitutional committee, it must be decided where
23  their starting point will be.  This will be decided
24  today.  Everyone attending today, whether it be
25  online or in person, has been provided a sheet

7

1    listing the starting options for organizing the

2    tribe.  The committee can begin from scratch and

3    write an entirely new document or -- or the tribal

4    community can decide to use the 2019 constitution,

5    the last constitution to be voted on by the

6    community, as its starting point.  Utilizing the

7    2019 constitution as a starting point does not mean

8    the tribe must use the document word for word.  The

9    constitutional committee can adjust this document to

10   reflect the will of the community as they represent

11   their discussions with the community.

12          At the close of today's meeting, those

13   attending in person will be asked to drop the option

14   sheet of their choice in the box near the entrance.

15   And those online will have until midnight tonight to

16   submit their selection via e-mail to

17   CVMT-CDIB@bia.gov.  My staff has emailed those

18   attending virtually the form, which they can

19   complete and submit.  The form will not be counted

20   if the email is received after midnight Pacific

21   Time.

22          Unfortunately, I can only provide a

23   timeline for the establishment of the constitutional

24   committee which will be established by September 8,

25   2023.  At which point, the Central California Agency

8

1    will work to set the first meeting of the committee.

2    During this time, the committee will be encouraged

3    to reach out to the greater tribal community to

4    identify the community's desire as it relates to the

5    proposed constitution consistent with the option

6    selected today.  The committee must work together to

7    develop a constitution, identify a petition

8    spokesperson, and collect signatures on the

9    petition.  It should be noted that the petition,

10   once it begins circulating, must have the required

11   signatures within one year of the first signature.

12   The Central California Agency can assist in this

13   process.  Upon submitting the petition, it can take

14   up to 280 days for the approval of the document by

15   the Regional Director.

16          We will now take questions and comments on

17   this process.  Please note, questions related to

18   ongoing litigation cannot be addressed at this time.

19   Should you raise any questions concerning the

20   ongoing litigation, you will be reminded that it

21   cannot be addressed, and it will count towards your

22   time.  If you would like to speak, please approach

23   one of the two microphones in front of the room and

24   wait to be asked for your comment.  If you are

25   attending virtually, please use the hand raise

1   feature.  We will be rotating through the two

2   microphones and those attending virtually.  Before

3   starting your comment, please state your first and

4   last name for the record, after which your time will

5   begin.  You are allowed three minutes.

6         Finally, only those determined to be

7   eligible to participate may make comments or ask

8   questions.  If it is determined you are not eligible

9   to participate, you will be asked to stop.  If

10  someone refuses to stop, they will then be asked to

11  leave.

12        We now open the floor.

13        ANTOINETTE DEL RIO:  Can you hear me?

14        HARLEY LONG:  Yes.

15        ANTOINETTE DEL RIO:  Perfect.  So I have a

16  few questions.  How will -- you say that you guys

17  will choose.  Is there a determining factor for the

18  committee?  Also, when they are on the committee,

19  are there specific duties and functions that they

20  will have besides creating it or to work off of?  Do

21  you have any of those procedures in place already or

22  is that something that you're going to create?

23        HARLEY LONG:  So we will be looking at the

24  application -- or the interest forms and reviewing

25  those.  There is no specific criteria.  We did not

10

1    want to limit that.  Anybody who is interested

2    should be able to express their interest and have

3    the opportunity to participate.

4              ANTOINETTE DEL RIO:  Perfect.

5              HARLEY LONG:  With regard to how we're

6    going to -- policies and procedures, we will

7    probably sit down together and discuss how the

8    meeting should work.  The main responsibility is to

9    work with the greater tribal community, bring those

10   ideas to the table, and be willing to attend

11   meetings.  There would be -- I would imagine there

12   would be several meetings.

13             ANTOINETTE DEL RIO:  Yes. Because part of

14   that is if there are any disputes within that, I

15   want to make sure whoever is sitting in on that

16   committee is protected and able to share and voice

17   those opinions.  So having those in place for

18   everybody to feel open to do that would be

19   wonderful.

20             HARLEY LONG:  Right.  And we will have a

21   moderator there to assist in those types of

22   disagreements.

23             ANTOINETTE DEL RIO:  Perfect.

24             HARLEY LONG:  That way -- and it will be

25   an outside contracted company that specializes in

1  these types of situations, where they can work with

2  the group to ensure everybody can be open and honest

3  and share their opinions.

4           ANTOINETTE DEL RIO:  Perfect.  And will

5  you be giving everybody a copy of the 2019

6  constitution that you were referring or is that

7  something that -- can you email it to everybody or

8  mail it, so that way they have a better

9  understanding?  Or is that when we voted on for the

10 secretarial election that was for the greater

11 community?

12           HARLEY LONG:  It will be -- if that option

13 is chosen, we will post it on the web page so people

14 can take a look at it.  But it was the same

15 constitution that was voted on in 2019.

16           ANTOINETTE DEL RIO:  But you are requiring

17 these to be submitted to you by midnight tonight.

18           HARLEY LONG:  The option.

19           ANTOINETTE DEL RIO:  And it's not on the

20 website right now for them to view this

21 constitution?

22           HARLEY LONG:  No, it's not.

23           ANTOINETTE DEL RIO:  Is there a way that

24 it can be uploaded before midnight?

25           HARLEY LONG:  We hadn't planned for that.

1          ANTOINETTE DEL RIO:  Okay.

2          HARLEY LONG:  And I don't know that we

3    will be back to the office in time to post it.

4          ANTOINETTE DEL RIO:  Okay.  Just -- just

5    out of curiosity.

6          HARLEY LONG:  Right.

7          ANTOINETTE DEL RIO:  Thank you for moving

8    forward with our tribe to do this step.

9          HARLEY LONG:  Thank you.

10          SPEAKER:  Could you state your name.

11          ANTOINETTE DEL RIO:  My name is Antoinette

12    Del Rio.  I am the acting chairperson for our tribe.

13          BRIANA SANCHEZ:  My name is Briana

14    Sanchez.  I'm the acting vice-chair for the tribe.

15    My question is, once you select your committee, the

16    meetings that you're going to be holding, will those

17    be held during business hours?  Will they be evening

18    meetings?  Weekends?  Because I'm sure that will

19    help people determine whether or not they want to

20    even submit for -- for being on that committee.

21          HARLEY LONG:  We will coordinate with

22    them.  So there's not a set time yet for that

23    reason.  As I want people to feel that they can

24    express their interest, and that we will be working

25    around -- it is easier to work around eight people's

13

1   schedules than 300.

2          BRIANA SANCHEZ:  Thank you very much.

3          HARLEY LONG:  Yes.

4          Kathryn Yates on Zoom.

5          KATHRYN YATES:  Yes.  Kathryn Yates here.

6   I am calling because I don't see in the e-mail any

7   attachment for the form that you stated is being

8   handed out in person.  Is my first question.  So

9   when will that form come to me and others that are

10  online?  But also, would I be able to apply even

11  though I'm only -- only able to attend virtually for

12  that committee because I am out of state?

13         HARLEY LONG:  The answer is yes, you can

14  express your interest to participate.  And we can

15  see if we can accommodate a virtual option for that.

16         As far as the forms go, they should have

17  been sent within the last 20 minutes.  If you

18  haven't received it, you might check your junk mail

19  to see if it came in that way.  Otherwise, we

20  will -- we will double-check that at the conclusion

21  of this meeting to make sure that they get out.

22         KATHRYN YATES:  Thank you.  I'll check

23  right now.  That's all I had.

24         HARLEY LONG:  Thank you.

25         JUAN SANDOVAL:  Juan Sandoval.  Look at

1  all these Miwoks.  I'm happy to see all you guys

2  here, man.  It makes me proud.  Okay.  I don't know

3  nothing about the 2019 constitution, but I know

4  Velma was involved in that.  And Velma really helped

5  me when I was a kid, you know.  I was going to go to

6  prison.  And I was b- -- I got busted.  The judge

7  locked me up.  So I was trying to go to CAMC.  And

8  my record wouldn't -- they didn't want to give me no

9  money.  Velma pulled some strings and got me to be a

10  truck driver.  Changed my life around.  So I owe a

11  lot to Velma.  And I know a lot of people disrespect

12  Velma when she wasn't here.  But if it wasn't for

13  Velma, a lot of us wouldn't be here.  So if the

14  2019 -- if that was Velma's work, I will vote for

15  that work right there.  I have no idea what it says.

16  I want to see what it says first.  But that's

17  Velma's legacy.  We want to be here for Velma.

18  Unless it was for Velma.  And I got loyalty.  And

19  we're Miwoks.  We got loyal.  That's all we've got.

20  They took our land.  They took our shit.  Right?

21  But we got to be loyal.  And we have to show some

22  respect to Velma.  You know.  Velma Whitebear.  All

23  right.  Thank you.

24          HARLEY LONG:  Thank you.

25          We will now turn it to Pete Ramirez on

15

1   Zoom.

2           PETE RAMIREZ:  Hello.  Good evening -- or

3   good afternoon.  I looked in my e-mail.  And I also

4   have not received the application that you're

5   speaking of and that you're saying is in person.

6   And so if they could please resend that to me, I

7   would appreciate it.  And have you guys set a

8   criteria or some type of qualifications for this

9   committee that you're setting up?  Is it just going

10  to be a random pick?  What is -- how is the process

11  for picking the eight individuals?

12          HARLEY LONG:  There are no qualification

13  requirements to be on the constitutional committee.

14  We will review the interest forms.  And based on how

15  many we receive, it will probably be more of a

16  random selection.

17          For getting you the forms, we are working

18  on that.  I would -- we are sending those to the

19  e-mail that you used to register for the meeting.

20  Check that and the junk folder to see if you have

21  got it.  If you have not received it, we will be

22  double-checking that at the conclusion of the

23  meeting.

24          PETE RAMIREZ:  Yes, I did check my junk

25  mail, as Kathryn was talking.  I looked at my

1    in-box, and I have not received anything.  So there

2    could be a glitch in your system.  I did register on

3    Monday for the -- for this virtual meeting.  So I'm

4    sure you guys have my e-mail address.  Yes.  I have

5    not received letters -- the letter that you guys --

6    the paperwork that you guys are having in person.

7              HARLEY LONG:  Understood.  And we will

8    have to -- we will have to research that at the

9    conclusion of the meeting.

10             PETE RAMIREZ:  Thank you.

11             HARLEY LONG:  Thank you.

12             GILBERT RAMIREZ JR.:  Hello.  My name is

13   Gilbert Ramirez Jr.  I was an existing tribal

14   council member at one point.  Just so you guys know,

15   there is a lot of verbiage in there that Chadd put

16   into that 2019 constitution.  A lot of it isn't

17   Velma's will.  It was something that Chadd put in

18   there.  So please be advised and be aware that that

19   constitution really needs to be looked at.  And I

20   know I haven't had a chance to voice to everybody

21   here.  But the ones that I have kept in contact

22   with, I've also let you guys know that this

23   constitution needs to be worked on.  And it needs

24   some fresh eyes.  So as you guys as the council,

25   this is a good time for this committee and for

17

1  everybody here to voice your opinion on that

2  verbiage on there.  Because there's a lot of

3  verbiage in there that Chadd put in there

4  under-handing this council or that council, but when

5  I was on that council.  So please, please, really,

6  whoever gets chosen, speak your mind.  Read that

7  constitution.  Read the verbiage word for word.

8  Because a lot of it in there is benefiting Chadd

9  Everone.  So please.  That's all I have to say.

10  Thank you.

11          HARLEY LONG:  Thank you.

12          Go ahead.

13          TAMMY MORA:  Good afternoon.  Tammy Mora,

14  acting secretary, California Valley Miwok Tribe.  I

15  just want to say -- to reiterate what Gilbert Jr.

16  said, but also to confirm earlier you said that we

17  will be working off of that document and making --

18  that is part of the committee's responsibility,

19  right?  That is not what is going to be voted on.

20  They will be working off of that if they choose

21  that.  If that is chosen, that document will be

22  worked off of and amendments can be made at that

23  time before it is circulated around to get

24  signatures.

25          HARLEY LONG:  It will be up to the

1    constitutional committee what to do with that.  So

2    they could look at it and say, let's just vote on

3    this document.  That would be up to them.  There is

4    no reason that can't be.  And that could circulate.

5    But that would be up to then the general community,

6    to look at it and make sure that is what they want

7    to vote on when they are signing the petition.  But

8    you are correct.  That is what I'm envisioning as a

9    starting point.  Rather than re-create the wheel,

10   you can look at what is good in that document and

11   keep those things.  And what -- what you choose to

12   change would be up to that committee and their

13   conversations with the greater tribal community.

14              TAMMY MORA:  Okay.  Thank you.

15              HARLEY LONG:  Uh-huh.

16              MARGE GROW-EPPARD:

17              MARGE GROW-EPPARD:  Is this one on?

18              HARLEY LONG:  Yes.

19              MARGE GROW-EPPARD:  Good afternoon.  My

20   name is Marge Grow-Eppard.  I'm kind of concerned

21   about the 2019 also that Buster was mentioned.

22   Because on 2019, Chadd Everone had eliminated the

23   whole Jeff family.  So I want to reread this before

24   I sign anything that would annihilate.  Because

25   there was some sabotage going on from Chadd.  And it

19

1    better not affect my next seven generations of

2    Jeffs.  Because that's one of the main families.

3    And so I'm here.  I'm trying not to be aggressive.

4    But when we were at the tribal meetings, we really

5    were not respected as the Jeff family.  They said,

6    you're not on this enrollment.  And I want to make

7    darn sure -- I'm really -- I'm really watching how I

8    speak right now because it brings back bad memories

9    of how he treated us.  And so I'm not up here for

10   me.  I'm up here for my children, my grandchildren,

11   and the next seven generations.  Because I'm not

12   going to be on this Turtle Island much longer.  And

13   I want to make darn sure that my family is taken

14   care of as Jeffs.  Thank you.

15           HARLEY LONG:  Thank you.

16           ANTOINETTE DEL RIO:  I just wanted to make

17   a comment on the 2019 constitution to everybody.

18   That that is something -- what Juan stated is

19   correct -- that Velma had worked on.  That we all

20   had worked on.  But we also currently, as a greater

21   community that attended the Buena Vista tribal

22   meetings, we went through that line for line and

23   edited.  So we do have the corrections with your

24   guys' voices that attended those meetings.  And

25   we're going to continue to meet every third Saturday

20

1  of every month at the Buena Vista location, unless

2  stated otherwise, at 11:00.  We can bring this up

3  again and hear your guys' voices on anything that

4  needs to be changed.  Because you're right, this

5  affects our next generations.  But the document that

6  they are referring to, the 2019 constitution, that

7  is what we went forward with with the secretarial

8  election.  That we -- everybody voted on.  We were

9  right there.  And at that time, we already let go of

10 Chadd working with us.  So that is our voices.  But

11 they're right. Gilbert Ramirez Jr. is correct.

12 There is a lot of verbiage on there that we needed

13 to change.  And that is what we did.  That is -- we

14 worked with you guys on line for line.  And we don't

15 mind doing it again.

16         HARLEY LONG:  Can you please state your

17 name.

18         ANTOINETTE DEL RIO:  Antoinette Del Rio,

19 chair- -- acting chairperson.

20         HARLEY LONG:  Thank you.

21         AMORA STEVENOT:  Hello.  My name is Amora

22 Stevenot.  I just had a question.  We were going

23 back and forth about the two different choices.  And

24 obviously we do not have the previous constitution

25 available for us to review at this moment.  I don't

21

1    think that's fair to all of the people that are new

2    and don't have that information so that we can make

3    a just decision.  But I also wanted to question

4    the -- if we were going to rewrite the constitution

5    from scratch, you talked about there would be a

6    process that you would help us go through.  So what

7    does that process look like if we only have a year

8    to go from beginning to end?

9              HARLEY LONG:  So it is not a year to go

10   from beginning to end.

11             AMORA STEVENOT:  Okay.

12             HARLEY LONG:  Once there is a document

13   created, a petition will be cycled through.  And

14   correct me if I'm wrong, Carol.  51 percent of those

15   eligible to participate would need to sign that

16   petition for it to be submitted to the Bureau to

17   request a secretarial election.  That -- those

18   51 percent of the signatures -- those signatures

19   have to be collected within one year of the first

20   signature.  It can take as long as is necessary to

21   create the document.  There is no time frame on

22   that.  That's why I wasn't allowed -- I was not able

23   to provide a time frame on how long this whole

24   process will take.  I understand your concern.  And

25   that was not something that I had thought of about

22

1   the constitution.  My thought was that a majority
2   of -- there was a large number of people who voted
3   on that 2019 constitution.  And that was provided at
4   that time so people would be aware of it.  We can do
5   what we can to get it online today.  But I don't
6   know that that can happen, unfortunately.  But
7   that -- again, that is a starting point.  So if
8   there's multiple times throughout this process --
9   the secretarial election process where you don't
10  have to agree with the constitution.  One, you don't
11  have to sign the petition.  And, two, you don't have
12  to vote for it.  You can vote to reject it.  And --
13  so I mean, those are two times right there.  I would
14  also encourage as many people as possible to -- to
15  submit the interest form to participate in that
16  process.  My thought process about bringing up that
17  2019 constitution was it's a starting point.  And
18  rather than starting from scratch and not looking at
19  that, it was a way to look at it and see what needs
20  to be changed or what -- what was agreed upon by the
21  greater community.
22          AMORA STEVENOT:  So with the guidance
23  process, whichever is chosen, what does -- what
24  would the outline of that look like?  Where --
25  speaking as someone who hasn't written a

1  constitution, where would you get that information

2  or guide us through the process of doing that?  Is

3  there a formal outline that says, here is how you

4  make a mission statement or vision statement.  Here

5  is what the expectations of the constitution that

6  other tribes have used or our recommendations.  Like

7  how will that process work?

8          HARLEY LONG:  Because this is a

9  committee-driven process, not bureau-driven, if the

10  committee chooses to request a training, we work

11  with them to find someone to do a training.  Whether

12  it be us who have dealt with these before.  And if

13  that wasn't sufficient, we can hire an outside

14  source to provide that type of information to them.

15  The process how we get through would be a broad

16  outline from us and then more detailed by the

17  committee on how they want to get through that

18  process.

19          AMORA STEVENOT:  How frequent would the

20  check-backs be or would there be a recommendation

21  like once the committee meets for the first time, it

22  starts to establish the constitution itself?  We

23  want to gain feedback from the tribal members

24  themselves.  So what would the frequency of that be

25  when you're writing the constitution?

1          HARLEY LONG:  That would be up to the

2    committee and the moderator.  My staff will be

3    available to attend those meetings based on what can

4    be arranged between the committee and the moderator.

5    I would like to have a moderator there to get

6    through those more difficult issues where there may

7    be a disagreement between the committee.  But -- and

8    working on their schedule -- I can't tell you what

9    their schedule looks like.  I can tell you that I

10   will ask my staff to be available based upon those

11   eight people and the moderator.

12          AMORA STEVENOT:  Okay.  Thank you.

13          HARLEY LONG:  Thank you.

14          BRIANA SANCHEZ:  Briana Sanchez.  You

15   mentioned that we would need 51 percent of the

16   eligible participants to sign the petition in order

17   to move forward once the document has been created.

18   Do you have a hard count so far of how many people

19   are eligible to participate in this process?

20          HARLEY LONG:  It is -- I believe 288 is

21   the exact number.

22          BRIANA SANCHEZ:  288 people?

23          HARLEY LONG:  Yes.  That were determined

24   to be eligible.

25          BRIANA SANCHEZ:  Thank you.  And will you

1  be providing a copy of that list at some point?

2          HARLEY LONG:  That hasn't been discussed.

3          BRIANA SANCHEZ:  Okay.

4          HARLEY LONG:  There has been concerns

5  about publishing that type of list during the

6  secretarial election process.  You -- the list will

7  be needed by the -- whoever is chosen to be the

8  spokesperson to know -- to make sure that you get

9  the correct signatures.  Because then we have to go

10 back and look at that.  Whether it will be made

11 completely public or not, I don't have an answer for

12 that.  That is something that I would probably have

13 to discuss with our solicitor's office on what can

14 be released or not.

15         BRIANA SANCHEZ:  Okay.  Thank you.

16         HARLEY LONG:  Uh-huh.

17         MARGE GROW-EPPARD:  Marge Grow-Eppard.

18 Since there is a concern with the new ones about

19 this September 1st, would you be willing to extend

20 that deadline to September 5th, since

21 September 4th is a holiday?  Well, this whole

22 weekend is a holiday.  Because we don't want them to

23 get overwhelmed with trying to get all of this

24 information.  And it gives us time to be able to

25 help them, if you could please extend that for them.

26

1          HARLEY LONG:  The interest sheets or the

2    options?

3          MARGE GROW-EPPARD:  What my cousin said

4    that she didn't get the paperwork.  Then it has to

5    be in by September 1st.

6          HARLEY LONG:  We could go until Tuesday.

7    I could adjust that.

8          MARGE GROW-EPPARD:  Could you?

9          HARLEY LONG:  For the interest forms?

10          MARGE GROW-EPPARD:  Yes.  Is it the

11    interest forms?  Yes.

12          HARLEY LONG:  Yeah.  I can do that.

13          MARGE GROW-EPPARD:  Thank you.

14          HARLEY LONG:  It will be -- it will close

15    at 4:30 on Tuesday.  And I'll make that adjustment.

16          MARGE GROW-EPPARD:  Should we -- should we

17    try later?  Is the -- okay.  Thank you.

18          HARLEY LONG:  It can't go later than that,

19    only because we need to make a decision in order to

20    get things moving.

21          MARGE GROW-EPPARD:  It's just you complied

22    so quickly, I thought, dang it, I should have asked

23    for longer.

24          HARLEY LONG:  It was a reasonable request.

25          We will turn to Pete Ramirez on Zoom

27

MEETING

1    again.

2              PETE RAMIREZ:  Oh, hello.  I agree with

3    what Marge was saying.  I thought that maybe we

4    should give the tribal community a little bit more

5    time to be able to read this document.  Also,

6    because we fought really hard to get these 1929

7    census to be part of the -- of the constitution of

8    the tribal community that would be accepted to form

9    this tribe, that was always a big hardship for us

10   was because the -- it was so limited amount of

11   people.  With that said, when you guys choose these

12   eight people, I would really, really hope that you

13   include people from each family.  There's a lot of

14   families that really belong to this tribe and we're

15   not allowed to be part of it.  So when picking this

16   committee, I really, really suggest that you look at

17   the family lines of the people who are applying and

18   try to get the greater community in this first eight

19   people, not just one family or two families.  Give

20   an opportunity for each family to be -- have a say

21   in this.  Because when they go back to the community

22   to let them know what we're doing, you will reach

23   the greater community by including more of the

24   families and not just a limited amount.  Thank you.

25             HARLEY LONG:  Thank you.

1          Do we have any more comments either in the

2     room or online?

3          All right.  Well, this will conclude

4     today's meeting.

5          Oh, we have one more person who raised

6     their hand.  So I'm going to turn to Kathryn Yates

7     on Zoom.

8          KATHRYN YATES:  I just wanted to say that

9     I looked through all of my e-mail, and I do not have

10    your form.  Hopefully --

11          HARLEY LONG:  We will be looking at that

12    here shortly.

13          KATHRYN YATES:  Okay.  Thank you.

14          HARLEY LONG:  Thank you.

15          So this will conclude today's meeting.

16    And this is an important step towards the tribe's

17    organization.  This is a big step.  Together we can

18    move forward to create a strong governing document

19    that can guide the tribe today and for future

20    generations.  I want to remind everybody to please

21    submit their interest forms.  That will -- the date

22    on the screen is incorrect now.  That will be

23    Tuesday at 4:30 p.m.  Anything received after

24    4:30 p.m. will not be considered.  And that will be

25    by the e-mail date stamp.  And that can be to me

29

1    directly at harley.long@bia.gov.

2            Also, I just got a note that they're

3    busing in a lot of high school students right now

4    for a cross-country meet here on the fairgrounds.

5    And we're just asking everyone, please be very

6    careful while exiting the fairgrounds.  There's

7    going to be a lot of high school kids who, if they

8    are like me in high school, they aren't paying

9    attention to anything.  I want to again thank you

10   for your time.  And I appreciate this great

11   attendance today.  Have a great afternoon.

12           (The proceedings concluded at 2:43 p.m.)

13                        -oOo-

14

15

16

17

18

19

20

21

22

23

24

25

                          30

1          DEPOSITION OFFICER'S CERTIFICATE

2

STATE OF CALIFORNIA        )
3                          )  SS.
COUNTY OF RIVERSIDE        )

4

5          I, BROOKE SILVAS, a certified shorthand

6    reporter for the State of California, do hereby

7    certify:

8          That the said meeting was taken down by me

9    remotely in stenotype at the time and place therein

10   stated and thereafter reduced to typewriting under

11   my direction, and that the deposition transcript is

12   a true and correct record of the proceedings here

13   held.

14          I further certify that I am not of counsel

15   or attorney for any of the parties hereto or in any

16   way interested in the event of this cause and that I

17   am not related to any of the parties thereto.

18

19   Dated: September 6, 2023

20

21                    _____

22                    BROOKE SILVAS
                      CSR No. 10988
23

24

25

31

MEETING

18:22

## A

**able (8)**
4:14;11:2,16;
14:10,11;22:22;
26:24;28:5
**above (1)**
7:20
**accepted (2)**
5:17;28:8
**accommodate (1)**
14:15
**Acorn (1)**
2:11
**acting (4)**
13:12,14;18:14;
21:19
**address (3)**
4:10;7:20;17:4
**addressed (2)**
9:18,21
**adjust (2)**
8:9;27:7
**adjustment (1)**
27:15
**advised (2)**
3:21;17:18
**Affairs (7)**
2:7;3:7,15,17;
4:17;5:10,15
**affect (1)**
20:1
**affects (1)**
21:5
**afternoon (5)**
2:4;16:3;18:13;
19:19;30:11
**again (5)**
21:3,15;23:7;28:1;
30:9
**Agency (7)**
2:8;6:1,16,23;7:1;
8:25;9:12
**agency's (1)**
6:18
**aggressive (1)**
20:3
**agree (2)**
23:10;28:2
**agreed (1)**
23:20
**ahead (1)**
18:12
**allocates (1)**
7:12
**allowed (3)**
10:5;22:22;28:15
**always (1)**
28:9
**amended (2)**
3:16;5:12
**amendments (1)**

**Amongst (2)**
5:13;7:8
**AMORA (6)**
21:21,21;22:11;
23:22;24:19;25:12
**amount (2)**
28:10,24
**annihilate (1)**
19:24
**Anthony (3)**
2:16,18;3:5
**ANTOINETTE (17)**
10:13,15;11:4,13,
23;12:4,16,19,23;
13:1,4,7,11,11;
20:16;21:18,18
**apologize (1)**
3:10
**Appeals (1)**
5:9
**application (2)**
10:24;16:4
**apply (1)**
14:10
**applying (1)**
28:17
**appreciate (2)**
16:7;30:10
**approach (1)**
9:22
**approval (1)**
9:14
**around (4)**
13:25,25;15:10;
18:23
**arranged (1)**
25:4
**articulates (1)**
7:8
**assist (5)**
6:2,21;7:21;9:12;
11:21
**assistance (1)**
6:24;7:1
**Assistant (6)**
3:15,16;5:10,12,
13,22
**assisting (2)**
4:17,21
**attachment (1)**
14:7
**attend (3)**
11:10;14:11;25:3
**attendance (1)**
30:11
**attended (2)**
20:21,24
**attending (6)**
4:13;7:24;8:13,18;
9:25;10:2
**attention (1)**
30:9

**audio (1)**
3:22
**AUGUST (1)**
2:2
**authorities (1)**
7:14
**authority (1)**
7:10
**available (3)**
21:25;25:3,10
**aware (3)**
5:6;17:18;23:4

## B

**b- (1)**
15:6
**back (6)**
7:4;13:3;20:8;
21:23;26:10;28:21
**bad (1)**
20:8
**based (3)**
16:14;25:3,10
**begin (5)**
3:19;4:24;6:3;8:2;
10:5
**beginning (2)**
22:8,10
**begins (1)**
9:10
**behavior (1)**
4:9
**belong (1)**
28:14
**benefiting (1)**
18:8
**besides (1)**
10:20
**best (2)**
2:25;5:25
**better (2)**
12:8;20:1
**BIA (1)**
5:8
**Bibiana (1)**
2:10
**big (2)**
28:9;29:17
**bit (1)**
28:4
**Board (1)**
5:9
**body (1)**
7:11
**box (2)**
6:8;8:14
**Briana (9)**
13:13,13;14:2;
25:14,14,22,25;26:3,
15
**bring (3)**
7:4;11:9;21:2

**bringing (1)**
23:16
**brings (1)**
20:8
**broad (1)**
24:15
**Buena (2)**
20:21;21:1
**Bureau (6)**
2:7;3:6;4:17;5:14,
19;22:16
**bureau-driven (1)**
24:9
**business (1)**
13:17
**busing (1)**
30:3
**busted (1)**
15:6
**Buster (1)**
19:21

## C

**CALAVERAS (1)**
2:1
**CALIFORNIA (11)**
2:1,8,13;3:8;4:23;
5:24;6:1,16;8:25;
9:12;18:14
**calling (1)**
14:6
**CAMC (1)**
15:7
**came (1)**
14:19
**Can (38)**
2:5;3:2;4:2;8:2,4,
9,18,22;9:12,13;
10:13;12:1,2,7,14,
24;13:23;14:13,14,
15;18:22;19:10;
21:2,16;22:2,20;
23:4,5,6,12;24:13;
25:3,9;26:13;27:12;
29:17,19,25
**care (1)**
20:14
**careful (1)**
30:6
**Carol (2)**
2:9;22:14
**case (1)**
3:25
**cell (1)**
4:3
**census (1)**
28:7
**Central (5)**
2:8;6:1,16;8:25;
9:12
**Chadd (7)**
17:15,17;18:3,8;

**19:22,25;21:10
chair- (1)**
21:19
**chairperson (2)**
13:12;21:19
**chance (1)**
17:20
**change (2)**
19:12;21:13
**Changed (3)**
15:10;21:4;23:20
**check (4)**
14:18,22;16:20,23
**check-backs (1)**
24:20
**children (1)**
20:10
**choice (1)**
8:14
**choices (1)**
21:23
**choose (4)**
10:17;18:20;
19:11;28:11
**chooses (1)**
24:10
**chosen (5)**
12:13;18:6,21;
23:23;26:7
**circulate (1)**
19:4
**circulated (1)**
18:23
**circulating (1)**
9:10
**clearly (1)**
7:8
**close (3)**
4:25;8:12;27:14
**collect (1)**
9:8
**collected (1)**
22:19
**Coming (1)**
5:23
**comment (3)**
9:24;10:3;20:17
**comments (3)**
9:16;10:7;29:1
**committee (38)**
4:22;5:5;6:4,7,13,
17,19,22,24;7:2,6,16,
18,22;8:2,9,24;9:1,2,
6;10:18,18;11:16;
13:15,20;14:12;16:9,
13;17:25;19:1,12;
24:10,17,21;25:2,4,
7;28:16
**committee-driven (2)**
6:25;24:9
**committee's (1)**
18:18
**Community (19)**

4:18;5:18;7:3;8:4,
6,10,11;9:3;11:9;
12:11;19:5,13;
20:21;23:21;28:4,8,
18,21,23
**community's (1)**
9:4
**company (1)**
11:25
**complete (2)**
6:7;8:19
**completely (1)**
26:11
**complied (1)**
27:21
**concern (2)**
22:24;26:18
**concerned (1)**
19:20
**concerning (1)**
9:19
**concerns (1)**
26:4
**conclude (2)**
29:3,15
**concluded (1)**
30:12
**conclusion (4)**
3:13;14:20;16:22;
17:9
**confirm (1)**
18:16
**consideration (1)**
6:13
**considered (2)**
5:4;29:24
**consistent (1)**
9:5
**constitution (28)**
5:5;6:20;8:4,5,7,
9:5,7;12:6,15,21;
15:3;17:16,19,23;
18:7;20:17;21:6,24;
22:4;23:1,3,10,17;
24:1,5,22,25;28:7
**constitutional (9)**
6:4,7;7:6,16,22;
8:9,23;16:13;19:1
**contact (1)**
17:21
**continue (1)**
20:25
**contracted (2)**
6:21;11:25
**conversations (2)**
4:11;19:13
**coordinate (1)**
13:21
**copy (2)**
12:5;26:1
**corrections (1)**
20:23
**council (5)**

17:14,24;18:4,4,5
**count (2)**
9:21;25:18
**counted (1)**
8:19
**COUNTY (1)**
2:1
**court (1)**
7:13
**courteous (1)**
4:4
**courts (1)**
5:11
**cousin (1)**
27:3
**cover (1)**
3:20
**create (3)**
10:22;22:21;29:18
**created (2)**
22:13;25:17
**creating (1)**
10:20
**Creator (1)**
2:18
**criteria (2)**
10:25;16:8
**cross-country (1)**
30:4
**curiosity (1)**
13:5
**currently (1)**
20:20
**CVMT-CDIB@biagov (1)**
8:17
**cycled (1)**
22:13**

## D

**dang (1)**
27:22
**darn (2)**
20:7,13
**date (2)**
29:21,25
**days (1)**
9:14
**deadline (1)**
26:20
**dealt (1)**
24:12
**decide (1)**
8:4
**decided (2)**
7:22,23
**decision (6)**
3:16,17;5:11,14;
22:3;27:19
**decisions (3)**
5:8,8,22
**defined (1)**
3:14

**DEL (17)**
10:13,15;11:4,13,
23;12:4,16,19,23;
13:1,4,7,11,12;
20:16;21:18,18
**desire (1)**
9:4
**detailed (1)**
24:16
**determine (1)**
13:19
**determined (4)**
5:20;10:6,8;25:23
**determining (1)**
10:17
**develop (2)**
4:23;9:7
**developed (1)**
5:16
**developing (2)**
6:2,20
**different (2)**
4:6;21:23
**difficult (1)**
25:6
**directed (1)**
5:14
**directly (1)**
30:1
**Director (2)**
5:15;9:15
**disagreement (1)**
25:7
**Disagreements (3)**
4:7;6:22;11:22
**discuss (2)**
11:7;26:13
**discussed (1)**
26:2
**discussions (1)**
8:11
**disputes (2)**
5:7;11:14
**disrespect (1)**
15:11
**distractions (1)**
3:25
**document (19)**
4:23;5:16;6:3;7:4,
7;8:3,8,9;9:14;18:17,
21;19:3,10;21:5;
22:12,21;25:17;
28:5;29:18
**done (2)**
4:8;5:17
**double-check (1)**
14:20
**double-checking (1)**
16:22
**down (1)**
11:7
**drafted (1)**
7:7

**driver (1)**
15:10
**drop (1)**
8:13
**During (3)**
9:2;13:17;26:5
**duties (2)**
7:14;10:19

## E

**earlier (1)**
18:16
**easier (1)**
13:25
**edited (1)**
20:23
**eight (6)**
6:14;13:25;16:11;
25:11;28:12,18
**either (2)**
7:20;29:1
**elders (1)**
2:22
**election (5)**
12:10;21:8;22:17;
23:9;26:6
**eligible (9)**
3:14;4:5;5:20;
10:7,8;22:15;25:16,
19,24
**eliminated (1)**
19:22
**email (3)**
6:11;8:20;12:7
**e-mail (7)**
8:16;14:6;16:3,19;
17:4;29:9,25
**emailed (3)**
6:10,13;8:17
**emailing (1)**
7:20
**embroiled (1)**
5:7
**emergency (1)**
4:1
**encourage (1)**
23:14
**encouraged (2)**
7:2;9:2
**end (2)**
22:8,10
**engage (1)**
7:2
**enrollment (1)**
20:6
**ensure (3)**
5:16;7:7;12:2
**entire (1)**
5:18
**entirely (1)**
8:3
**entrance (3)**

3:25;6:9;8:14
**envisioning (1)**
19:8
**establish (1)**
24:22
**established (1)**
8:24
**establishing (1)**
6:3
**establishment (1)**
8:23
**even (2)**
13:20;14:10
**evening (2)**
13:17;16:2
**Everone (1)**
18:9;19:22
**everybody (9)**
11:18;12:2,5,7;
17:20;18:1;20:17;
21:8;29:20
**everyone (5)**
2:4,13;4:3;7:24;
30:5
**everyone's (1)**
5:24
**exact (1)**
25:21
**example (1)**
7:13
**exercise (1)**
7:10
**existing (1)**
17:13
**exit (1)**
4:1
**exiting (1)**
30:6
**expectations (1)**
24:5
**express (4)**
7:18;11:2;13:24;
14:14
**extend (2)**
26:19,25
**eyes (1)**
17:24

## F

**facilitating (1)**
2:11
**factor (1)**
10:17
**fair (1)**
22:1
**FAIRGROUNDS (3)**
2:1;30:4,6
**families (4)**
20:2;28:14,19,24
**family (7)**
19:23;20:5,13;
28:13,17,19,20

**far (2)**
14:16;25:18
**feature (1)**
10:1
**federal (1)**
5:11
**feedback (2)**
4:9;24:23
**feel (2)**
11:18;13:23
**few (1)**
10:16
**Finally (1)**
10:6
**find (1)**
24:11
**First (9)**
3:21;9:1,11;10:3;
14:8;15:16;22:19;
24:21;28:18
**floor (1)**
10:12
**focusing (1)**
5:23
**folder (1)**
16:20
**form (13)**
5:2,4;6:5,8,10;
7:21;8:18,19;14:7,9;
23:15;28:8;29:10
**formal (1)**
24:3
**forms (7)**
10:24;14:16;
16:14,17;27:9,11;
29:21
**forth (1)**
21:23
**forward (4)**
13:8;21:7;25:17;
29:18
**fought (1)**
28:6
**four-legged (1)**
3:1
**frame (1)**
22:21,23
**framework (1)**
7:9
**frequency (1)**
24:24
**frequent (1)**
24:19
**fresh (1)**
17:24
**front (2)**
6:8;9:23
**functions (1)**
10:19
**future (2)**
5:23;29:19

**G**

**gain (1)**
24:23
**general (1)**
19:5
**generations (5)**
5:25;20:1,11;21:5;
29:20
**gets (1)**
18:6
**GILBERT (4)**
17:12,13;18:15;
21:11
**gives (1)**
26:24
**giving (2)**
2:20;12:5
**glitch (1)**
17:2
**goal (1)**
7:6
**Good (7)**
2:4;16:2,3;17:25;
18:13;19:10,19
**governing (7)**
4:23;5:16;6:2;7:4,
7,11;29:18
**grandchildren (1)**
20:10
**great (3)**
3:3;30:10,11
**greater (9)**
7:3;9:3;11:9;
12:10;19:13;20:20;
23:21;28:18,23
**ground (1)**
3:20
**group (1)**
12:2
**groups (1)**
3:14
**GROW-EPPARD (12)**
19:16,17,19,20;
26:17,17;27:3,8,10,
13,16,21
**guidance (1)**
23:22
**guide (2)**
24:2;29:19
**guys (11)**
10:16;15:1;16:7;
17:4,5,6,14,22,24;
21:14;28:11
**guys' (2)**
20:24;21:3

**H**

**hand (1)**
9:25;29:6
**handed (1)**

14:8
**happen (1)**
23:6
**happy (1)**
15:1
**hard (2)**
25:18;28:6
**hardship (1)**
28:9
**HARLEY (50)**
2:4,6;3:5;10:14,
23;11:5,20,24;12:12,
18,22,25;13:2,6,9,
21;14:3,13,24;15:24;
16:12;17:7,11;18:11,
25;19:15,18;20:15;
21:16,20;22:9,12;
24:8;25:1,13,20,23;
26:2,4,16;27:1,6,9,
12,14,18,24;28:25;
29:11,14
**harleylong@biagov (1)**
30:1
**healthy (2)**
2:21;3:2
**hear (3)**
4:14;10:13;21:3
**held (1)**
13:17
**Hello (4)**
16:2;17:12;21:21;
28:2
**help (3)**
13:19;22:6;26:25
**helped (1)**
15:4
**high (3)**
30:3,7,8
**hire (1)**
24:13
**holding (1)**
13:16
**holiday (2)**
26:21,22
**home (1)**
2:21
**honest (1)**
12:2
**hope (1)**
28:12
**Hopefully (1)**
29:10
**hours (1)**
13:17
**housekeeping (1)**
3:20

**I**

**idea (1)**
15:15
**ideas (1)**
11:10

**Identifies (3)**
7:11,12,14
**identify (2)**
9:4,7
**identifying (1)**
4:22
**imagine (1)**
11:11
**important (2)**
4:11;29:16
**in-box (1)**
17:1
**include (1)**
28:13
**includes (1)**
4:22
**including (1)**
28:23
**inclusive (1)**
5:18
**incorrect (1)**
29:22
**Indian (8)**
2:7;3:6,15,16;
4:17;5:9,10,15
**individuals (4)**
4:10;6:14,15;
16:11
**information (4)**
22:2;24:1,14;
26:24
**injured (1)**
3:11
**input (1)**
7:3
**interest (16)**
5:3,25;6:5,12,15;
7:19;10:24;11:2;
13:24;14:14;16:14;
23:15;27:1,9,11;
29:21
**interested (4)**
5:3;6:6;7:18;11:1
**Interior (1)**
5:9
**into (3)**
4:15,18;17:16
**inviting (1)**
2:16
**involved (1)**
15:4
**Island (1)**
20:12
**issues (1)**
25:6

**J**

**Jeff (2)**
19:23;20:5
**Jeffs (2)**
20:2,14
**join (1)**

2:19
**joined (1)**
2:9
**joining (1)**
7:18
**journey (1)**
2:24
**JR (4)**
17:12,13;18:15;
21:11
**JUAN (3)**
14:25,25;20:18
**judge (1)**
15:6
**junk (3)**
14:18;16:20,24

**K**

**Kathryn (8)**
14:4,5,5,22;16:25;
29:6,8,13
**keep (3)**
3:2,3;19:11
**kept (1)**
17:21
**key (1)**
7:8
**kid (1)**
15:5
**kids (1)**
30:7
**kind (1)**
19:20

**L**

**land (1)**
15:20
**large (1)**
23:2
**last (3)**
8:5;10:4;14:17
**later (3)**
7:19;27:17,18
**leading (2)**
5:8,11
**leave (1)**
10:11
**leg (1)**
3:11
**legacy (1)**
15:17
**lens (1)**
5:19
**letter (1)**
17:5
**letters (1)**
17:5
**letting (1)**
2:19
**life (1)**
15:10

**limit (3)**
4:10;12;11:1
**limited (2)**
28:10,24
**line (4)**
20:22,22;21:14,14
**lines (1)**
28:17
**list (3)**
26:1,5,6
**listed (2)**
5:2;7:20
**listing (1)**
8:1
**litigation (2)**
9:18,20
**little (1)**
28:4
**location (1)**
21:1
**locked (1)**
15:7
**LONG (54)**
2:4,6,23;3:5,12;
10:14,23;11:5,20,24;
12:12,18,22,25;13:2,
6,9,21;14:3,13,24;
15:24;16:12;17:7,
11;18:11,25;19:15,
18;20:15;21:16,20;
22:9,12,20,23,24:8;
25:1,13,20,23;26:2,
4,16;27:1,6,9,12,14,
18,24;28:25;29:11,
14
**longer (2)**
20:12;27:23
**look (10)**
12:14;14:25;19:2,
6,10;22:7;23:19,24;
26:10;28:16
**looked (4)**
16:3,25;17:19;
29:9
**looking (3)**
10:23;23:18;29:11
**looks (1)**
25:9
**lot (11)**
15:11,11,13;17:15,
16;18:2,8;21:12;
28:13;30:3,7
**loyal (2)**
15:19,21
**loyalty (1)**
15:18

**M**

**mail (3)**
12:8;14:18;16:25
**main (2)**
11:8;20:2

**majority (1)**
23:1
**makes (1)**
15:2
**making (1)**
18:17
**man (1)**
15:2
**manner (1)**
5:17
**many (4)**
5:6;16:15;23:14;
25:18
**MARGE (13)**
19:16,17,19,20;
26:17,17;27:3,8,10,
13,16,21;28:3
**may (5)**
4:6,7;6:13;10:7;
25:6
**maybe (1)**
28:3
**mean (2)**
8:7;23:13
**meet (2)**
20:25;30:4
**meeting (16)**
2:12,14;3:21,22;
4:25;6:12;8:12;9:1;
11:8;14:21;16:19,
23;17:3,9;29:4,15
**meetings (8)**
11:11,12;13:16,
18;20:4,22,24;25:3
**meets (1)**
24:21
**member (2)**
6:6;17:14
**members (3)**
3:14;7:1;24:23
**membership (1)**
7:15
**memories (1)**
20:8
**mentioned (2)**
19:21;25:15
**microphone (1)**
4:15
**microphones (3)**
4:12;9:23;10:2
**midnight (4)**
8:15,20;12:17,24
**might (1)**
14:18
**mind (2)**
18:6;21:15
**minds (1)**
3:3
**minimize (1)**
3:25
**minutes (2)**
10:5;14:17
**mission (1)**

24:4
**Miwok (5)**
2:13;3:8;4:24;
5:24;18:14
**Miwoks (2)**
15:1,19
**moderator (6)**
6:21;11:21;25:2,4,
5,11
**moment (1)**
21:25
**Monday (1)**
17:3
**money (1)**
15:9
**month (1)**
21:1
**MORA (3)**
18:13,13;19:14
**more (7)**
16:15;24:16;25:6;
28:4,23;29:1,5
**move (2)**
25:17;29:18
**moves (1)**
4:18
**moving (2)**
13:7;27:20
**much (3)**
4:12;14:2;20:12
**multiple (2)**
5:8;23:8
**must (7)**
4:8,8;7:18,22;8:8;
9:6,10

**N**

**name (9)**
2:6;10:4;13:10,11,
13;17:12;19:20;
21:17,21
**names (1)**
6:17
**navigate (1)**
4:18
**near (2)**
6:8;8:14
**nearest (1)**
3:24;4:1
**nearly (1)**
5:7
**necessary (1)**
22:20
**need (4)**
3:23;22:15;25:15;
27:19
**needed (2)**
21:12;26:7
**needs (5)**
17:19,23,23;21:4;
23:19
**negative (1)**

4:9
**new (3)**
8:3;22:1;26:18
**Newland (1)**
5:13
**Newland's (1)**
3:17
**next (5)**
3:7;4:18;20:1,11;
21:5
**note (2)**
9:17;30:2
**noted (1)**
9:9
**notified (1)**
6:16
**nourished (1)**
3:2
**number (2)**
23:2;25:21

**O**

**obtain (1)**
7:3
**obviously (1)**
21:24
**occur (1)**
4:7
**off (5)**
2:15;10:20;18:17,
20,22
**offer (1)**
2:16
**office (2)**
13:3;26:13
**Officer (1)**
2:10
**once (5)**
9:10;13:15;22:12;
24:21;25:17
**one (10)**
4:4;9:11,23;17:14;
19:17;20:2;22:19;
23:10;28:19;29:5
**ones (2)**
17:21;26:18
**ongoing (2)**
9:18,20
**online (5)**
7:25;8:15;14:10;
23:5;29:2
**Only (7)**
4:5;8:22;10:6;
14:11,11;22:7;27:19
**oOo- (1)**
30:13
**open (3)**
10:12;11:18;12:2
**openly (1)**
4:9
**Operations (1)**
2:10

**opinion (1)**
18:1
**opinions (2)**
4:6;11:17;12:3
**opportunity (3)**
3:18;11:3;28:20
**option (6)**
5:1;8:13;9:5;
12:12,18;14:15
**options (4)**
5:2,2;8:1;27:2
**order (2)**
25:16;27:19
**organization (5)**
2:14;3:8;4:19;
5:21;29:17
**organize (1)**
4:22
**organizing (1)**
8:1
**others (2)**
7:8;14:9
**Otherwise (2)**
14:19;21:2
**out (5)**
9:3;13:5;14:8,12,
21
**outline (3)**
23:24;24:3,16
**outlined (1)**
5:22
**outside (3)**
3:1;11:25;24:13
**over (2)**
2:16;3:19;4:16
**overview (1)**
3:7
**overwhelmed (1)**
26:23
**owe (2)**
15:10

**P**

**Pacific (3)**
4:21;5:15;8:20
**page (1)**
12:13
**paperwork (2)**
17:6;27:4
**part (4)**
11:13;18:18;28:7,
15
**participants (1)**
25:16
**participate (10)**
4:6,6;5:21;10:7,9;
11:3;14:14;22:15;
23:15;25:19
**participating (2)**
6:6,9
**paying (1)**
30:8

**people (17)**
2:25;12:13;13:19,
23;15:11;22:1;23:2,
4,14;25:11,18,22;
28:11,12,13,17,19
**people's (1)**
13:25
**percent (3)**
22:14,18;25:15
**Perfect (4)**
10:15;11:4,23;
12:4
**periods (1)**
3:12
**person (7)**
4:5;7:25;8:13;
14:8;16:5;17:6;29:5
**Pete (6)**
15:25;16:2,24;
17:10;27:25;28:2
**petition (9)**
9:7,9,9,13;19:7;
22:13,16;23:11;
25:16
**phase (1)**
4:19
**phones (1)**
4:4
**pick (2)**
4:13;16:10
**picking (2)**
16:11;28:15
**place (3)**
6:8;10:21;11:17
**planned (1)**
12:25
**plant (1)**
3:1
**please (18)**
3:21,24;4:1,3;6:7;
9:17,22,25;10:3;
16:6;17:18;18:5,5,9;
21:16;26:25;29:20;
30:5
**pm (3)**
29:23,24;30:12
**point (9)**
7:23;8:6,7,25;
17:14;19:9;23:7,17;
26:1
**points (1)**
7:8
**policies (1)**
11:6
**political (1)**
7:10
**portion (1)**
2:12
**possible (3)**
4:12;6:22;23:14
**post (2)**
12:13;13:3
**posted (1)**

6:18
**powers (1)**
7:12
**Pray (4)**
2:20,21,23,25
**prayer (1)**
2:16
**prefer (1)**
5:1
**present (2)**
6:21,23
**presentation (1)**
3:13
**prevents (1)**
3:11
**previous (1)**
21:24
**prison (1)**
15:6
**probably (3)**
11:7;16:15;26:12
**procedures (2)**
10:21;11:6
**proceed (1)**
4:1
**proceedings (2)**
2:17;30:12
**process (24)**
4:10,16,20,25;6:3,
25;9:13,17;16:10;
22:6,7,24;23:8,9,16,
16,23;24:2,7,9,15,
18;25:19;26:6
**processes (2)**
4:20;7:12
**proposed (3)**
6:2;7:4;9:5
**protected (1)**
11:16
**proud (1)**
15:2
**provide (7)**
3:7;6:19,23;7:9;
8:22;22:23;24:14
**provided (4)**
6:10,11;7:25;23:3
**provides (1)**
7:9
**providing (1)**
26:1
**public (1)**
26:11
**publishing (1)**
26:5
**pulled (1)**
15:9
**put (3)**
17:15,17;18:3

**qualifications (1)**
16:8
**quickly (1)**
27:22

## R

**raise (2)**
9:19,25
**raised (1)**
29:5
**Ramirez (9)**
15:25;16:2,24;
17:10,12,13;21:11;
27:25;28:2
**random (2)**
16:10,16
**Rather (2)**
19:9;23:18
**reach (2)**
9:3;28:22
**Read (3)**
18:6,7;28:5
**really (12)**
15:4;17:19;18:5;
20:4,7,7;28:6,12,12,
14,16,16
**rear (1)**
4:3
**reason (2)**
13:23;19:4
**reasonable (1)**
27:24
**receive (1)**
16:15
**received (10)**
5:3;6:5,15;8:20;
14:18;16:4,21;17:1,
5;29:23
**recommendation (1)**
24:20
**recommendations (1)**
24:6
**record (3)**
3:23;10:4;15:8
**recorded (1)**
3:22
**re-create (1)**
19:9
**referring (2)**
12:6;21:6
**reflect (1)**
8:10
**refuses (1)**
10:10
**regard (1)**
11:5
**Region (1)**
4:21
**Regional (2)**
5:15;9:15
**register (2)**
16:19;17:2

**registering (2)**
6:11,12
**reiterate (1)**
18:15
**reject (1)**
23:12
**related (1)**
9:17
**relates (1)**
9:4
**relatives (1)**
3:1
**released (1)**
26:14
**remind (1)**
29:20
**reminded (1)**
9:20
**represent (1)**
8:10
**request (3)**
22:17;24:10;27:24
**requested (1)**
6:24;7:1
**required (1)**
9:10
**requirements (2)**
7:15;16:13
**requiring (1)**
12:16
**reread (1)**
19:23
**research (1)**
17:8
**resend (1)**
16:6
**respect (1)**
15:22
**respected (1)**
20:5
**respectful (1)**
4:4
**respectfully (1)**
4:8
**responsibility (2)**
11:8;18:18
**restroom (2)**
3:24,24
**review (2)**
16:14;21:25
**reviewing (1)**
10:24
**rewrite (1)**
22:4
**right (16)**
3:12;11:20;12:20;
13:6;14:23;15:15,20,
23;18:19;20:8;21:4,
9,11;23:13;29:3;
30:3
**RIO (17)**
10:13,15;11:4,13,
23;12:4,16,19,23;

13:1,4,7,11,12;
20:16;21:18,18
**Rogers-Davis (1)**
2:10
**room (2)**
9:23;29:2
**rotating (1)**
10:1
**rules (1)**
3:20

## S

**sabotage (1)**
19:25
**safe (1)**
2:20
**same (1)**
12:14
**SANCHEZ (9)**
13:13,14;14:2;
25:14,14,22,25;26:3,
15
**SANDOVAL (1)**
14:25,25
**Saturday (1)**
20:25
**saying (2)**
16:5;28:3
**schedule (2)**
25:8,9
**schedules (1)**
14:1
**school (3)**
30:3,7,8
**scratch (3)**
8:2;22:5;23:18
**screen (1)**
29:22
**seats (1)**
2:5
**secretarial (5)**
12:10;21:7;22:17;
23:9;26:6
**Secretary (6)**
3:15,16;5:10,12,
13;18:14
**Secretary's (1)**
5:22
**select (2)**
5:1;13:15
**selected (5)**
5:4;6:14,15;7:17;
9:6
**selection (3)**
5:2;8:16;16:16
**sending (1)**
16:18
**sent (1)**
14:17
**separation (1)**
7:13
**September (7)**

**qualification (1)**
16:12

7:17,19;8:24;
26:19,20,21;27:5
**set (3)**
9:1;13:22;16:7
**setting (1)**
16:9
**seven (2)**
20:1,11
**several (1)**
11:12
**share (2)**
11:16;12:3
**sheet (2)**
7:25;8:14
**sheets (3)**
6:12,15;27:1
**shit (1)**
15:20
**shortly (1)**
29:12
**show (1)**
15:21
**side (1)**
4:11
**sign (4)**
19:24;22:15;
23:11;25:16
**signature (2)**
9:11;22:20
**signatures (6)**
9:8,11;18:24;
22:18,18;26:9
**signing (2)**
6:5;19:7
**silence (1)**
4:3
**similar (1)**
4:20
**sit (1)**
11:7
**sitting (1)**
11:15
**situations (1)**
12:1
**solicitor's (1)**
26:13
**someone (3)**
10:10;23:25;24:11
**source (1)**
24:14
**Sparks (1)**
2:11
**Speak (4)**
4:4;9:22;18:6;20:8
**SPEAKER (1)**
13:10
**speaking (2)**
16:5;23:25
**specializes (1)**
11:25
**specific (2)**
10:19,25
**spokesperson (2)**

9:8;26:8
**staff (5)**
6:10,23;8:17;25:2,
10
**stage (1)**
2:9
**stamp (1)**
29:25
**standing (2)**
3:10,12
**start (1)**
2:15
**starting (9)**
7:23;8:1,6,7;10:3;
19:9;23:7,17,18
**starts (1)**
24:22
**state (4)**
10:3;13:10;14:12;
21:16
**stated (3)**
14:7;20:18;21:2
**statement (2)**
24:4,4
**statements (1)**
3:18
**step (4)**
3:7;13:8;29:16,17
**STEVENOT (6)**
21:21,22;22:11;
23:22;24:19;25:12
**stop (2)**
10:9,10
**straight (1)**
3:4
**strings (1)**
15:9
**strong (1)**
29:18
**students (1)**
30:3
**submit (6)**
5:3;8:16,19;13:20;
23:15;29:21
**submitted (2)**
12:17;22:16
**submitting (2)**
7:21;9:13
**successful (1)**
6:20
**sufficient (1)**
24:13
**suggest (1)**
28:16
**suggestions (1)**
4:24
**superintendent (1)**
2:7
**sure (9)**
5:15;11:15;13:18;
14:21;17:4;19:6;
20:7,13;26:8
**system (1)**

17:2

## T

**table (2)**
7:5;11:10
**talked (1)**
22:5
**talking (1)**
16:25
**TAMMY (3)**
18:13,13;19:14
**technical (1)**
6:24
**third (1)**
20:25
**though (1)**
14:11
**thought (5)**
22:25;23:1,16;
27:22;28:3
**three (1)**
10:5
**throughout (1)**
23:8
**timeline (1)**
8:23
**times (2)**
23:8,13
**today (14)**
2:9,15,19;3:6,11;
4:7;6:5;7:21,24,24;
9:6;23:5;29:19;
30:11
**today's (5)**
3:21,24;8:12;29:4,
15
**together (5)**
2:24;5:23;9:6;
11:7;29:17
**tonight (2)**
8:15;12:17
**took (2)**
15:20,20
**tools (1)**
6:19
**towards (2)**
9:21;29:16
**training (2)**
24:10,11
**transcribed (1)**
3:23
**transcriber (1)**
4:13
**treated (1)**
20:9
**Tribal (16)**
2:10;4:18;5:18;
7:3,13,15;8:3;9:3;
11:9;17:13;19:13;
20:4,21;24:23;28:4,8
**Tribe (20)**
3:9;4:19,24;5:6,

17,21,24;6:2;7:10,
11,13;8:2,8;13:8,12,
14;18:14;28:9,14;
29:19
**tribes (2)**
4:21;24:6
**Tribe's (2)**
2:13;29:16
**trip (1)**
2:20
**truck (1)**
15:10
**try (3)**
4:11;27:17;28:18
**trying (3)**
15:7;20:3;26:23
**Tuesday (3)**
27:6,15;29:23
**turn (3)**
15:25;27:25;29:6
**Turtle (1)**
20:12
**two (8)**
4:2,2;9:23;10:1;
21:23;23:11,13;
28:19
**type (3)**
16:8;24:14;26:5
**types (2)**
11:21;12:1

## U

**under-handing (1)**
18:4
**Understood (1)**
17:7
**Unfortunately (2)**
8:22;23:6
**Unless (2)**
15:18;21:1
**up (15)**
2:16;4:2,13;9:14;
15:7;16:9;18:25;
19:3,5,12;20:9,10;
21:2;23:16;25:1
**uploaded (1)**
12:24
**Upon (3)**
9:13;23:20;25:10
**use (5)**
3:23,24;8:4,8;9:25
**used (3)**
4:20;16:19;24:6
**Utilizing (1)**
8:6

## V

**Valley (5)**
2:13;3:8;4:24;
5:24;18:14
**Velma (11)**

15:4,4,9,11,12,13,
17,18,22,22;20:19
**Velma's (3)**
15:14;17;17:17
**verbiage (5)**
17:15;18:2,3,7;
21:12
**via (1)**
8:16
**vice-chair (1)**
13:14
**view (1)**
12:20
**virtual (3)**
2:11;14:15;17:3
**virtually (6)**
4:14;6:9;8:18;
9:25;10:2;14:11
**vision (2)**
3:3;24:4
**Vista (1)**
20:21;21:1
**voice (3)**
11:16;17:20;18:1
**voices (3)**
20:24;21:3,10
**vote (5)**
15:14;19:2,7;
23:12,12
**voted (6)**
8:5;12:9,15;18:19;
21:8;23:2

## W

**wait (1)**
9:24
**Washburn (1)**
5:12
**Washburn's (1)**
3:15
**watching (2)**
2:22;20:7
**way (5)**
11:24;12:8,23;
14:19;23:19
**web (1)**
12:13
**website (2)**
6:18;12:20
**weekend (1)**
26:22
**Weekends (1)**
13:18
**welcome (2)**
2:12;4:7
**wheel (1)**
19:9
**whichever (1)**
23:23
**Whitebear (1)**
15:22
**whole (3)**

19:23;22:23;26:21
**willing (2)**
11:10;26:19
**Wilson (2)**
2:16,18
**within (5)**
4:21;9:11;11:14;
14:17;22:19
**without (1)**
4:9
**wonderful (1)**
11:19
**word (4)**
8:8,8;18:7,7
**work (12)**
6:22;9:1,6;10:20;
11:8,9;12:1;13:25;
15:14,15;24:7,10
**worked (5)**
17:23;18:22;
20:19,20;21:14
**working (7)**
5:19;13:24;16:17;
18:17,20;21:10;25:8
**write (1)**
8:3
**writing (1)**
24:25
**written (1)**
23:25
**wrong (1)**
22:14

## Y

**Yates (7)**
14:4,5,5,22;29:6,8,
13
**year (4)**
9:11;22:7,9,19
**years (1)**
5:7
**young (1)**
2:23

## Z

**Zoom (4)**
14:4;16:1;27:25;
29:7

## 1

**1 (1)**
7:19
**11:00 (1)**
21:2
**1929 (1)**
28:6
**1st (2)**
26:19;27:5

## 2

**2:43 (1)**
30:12
**20 (1)**
14:17
**2015 (3)**
3:15;5:11,14
**2019 (13)**
8:4,7;12:5,15;
15:3,14;17:16;19:21,
22;20:17;21:6;23:3,
17
**2022 (2)**
3:17;5:13
**2023 (4)**
2:2;7:17,19;8:25
**25 (1)**
5:7
**280 (1)**
9:14
**288 (2)**
25:20,22

## 3

**30 (1)**
2:2
**300 (1)**
14:1

## 4

**4:30 (3)**
27:15;29:23,24
**4th (1)**
26:21

## 5

**51 (3)**
22:14,18;25:15
**5th (1)**
26:20

## 8

**8 (2)**
7:17;8:24

# California Valley Miwok Tribe

## ORGANIZATION INFORMATION

### CALAVERAS COUNTY FAIRGROUNDS

FOR ASSISTANCE WITH VIRTUAL ATTENDANCE

PLEASE CALL

949.861.5954

OR

949.861.5955

# Welcome & Prayer

PLEASE NOTE ONLY THOSE ELIGIBLE TO PARTICIPATE IN THE ORGANIZATION OF THE CALIFORNIA VALLEY MIWOK TRIBE WILL BE PERMITTED TO ASK QUESTIONS OR MAKE STATEMENTS.

# Agenda

August 30, 2023

Presented by
Bureau of Indian Affairs,
Central California Agency

Introduction and Ground Rules

Purpose

Background and Moving Forward

Development of Proposed Governing Document

Time frames

Questions

Selection of Options for Organization

Conclusion

# Introduction and Ground Rules

August 30, 2023

## **<u>GROUND RULES</u>**

Silence Cell Phones

Be Respectful & Courteous

Only Speaker at a Time

Only Those Eligible to Participate May Participate and Different Opinions are Welcome

Disagreements May Occur But Must Be Done Respectfully Without Negative Behavior

Give Feedback Openly and Address the Process Not  Individuals

Limit Side Conversations

**Anyone that does not abide by the ground rules may be asked to leave and will miss their opportunity to participate in todays meeting.**

# Purpose

It is the purpose of this meeting to discuss the options and process in which a proposed governing document will be developed to move forward to an eventual petition for a Secretarial Election to formally organize the Tribe.

BIA is using similar process as before
when assisting other Tribes in formal organization.

# Background & Moving Forward



Focus on the future!

Working together  moving forward is in everyone's best interest.

We are here because of various decisions over the decades by the tribal community, BIA, Assistant Secretary – Indian Affairs, Interior Board of Indian Appeals cases, and federal courts.

# Development of Proposed Governing Document

- Create Constitutional Committee (Committee). Committee will create proposed governing document for adoption by eligible participants through a Secretarial election process.
- BIA to select Committee based on interest sheets.
- BIA to post on its webpage who was selected for the Committee;

ONLY THOSE ELIGIBLE TO PARTICIPATE IN THE ORGANIZATION OF THE CALIFORNIA VALLEY MIWOK TRIBE WILL BE CONSIDERED FOR PARTICIPATION ON THE COMMITTEE.

# Developing Proposed Governing Document

Committee will be facilitated by outside moderator and receive technical assistance from BIA.

Committee will be encouraged to engage with the tribal community to obtain input on the proposed governing document.

# Development of Proposed Governing Document

- Provides framework for the exercise of political authority by the Tribe;
- Identifies the governing body of the Tribe;
- Identifies and allocates powers and processes of the Tribe (ie: tribal court, separation of duties and authorities);
- Identifies the requirements for tribal membership

ONLY THOSE ELIGIBLE TO PARTICIPATE IN THE ORGANIZATION OF THE CALIFORNIA VALLEY MIWOK TRIBE WILL BE CONSIDERED FOR PARTICIPATION ON THE COMMITTEE.

# Interest Sheets for Committee Selection

Committee will be comprised of 8 people.

To be considered for the Committee submit an interest sheet today or by e-mail to

harley.long@bia.gov

Deadline to submit interest sheets is:

September 1, 2023

# Options for Organization

Create new governing document

Or

Work off 2019 Constitution

# Selection of Options

In-Person Attendees select your option and submit to BIA's collection box as you leave meeting today.

Virtual Attendees select your option e-mail their selection to:

CVMT-CDIB@bia.gov

Must be emailed by midnight TODAY, August 30, 2023

Timeline



| Meeting Today | Selection of Options of Organization – August 30, 2023 |
| Submit Committee Interest Sheets | BIA to Select Committee – September 8, 2023 |
| Create Constitution | Input from tribal community<br>Circulate Petition |
| Petition | Submit petition for validation by BIA - 45 Days |
| Secretarial Election | To adopt or reject governing document – 180 Days<br>Approval of Results By Regional Director – 45 Days |
| Tribe is formally organized | With tribal laws and recognized tribal government |

# Comments & Questions?

Comments Are Limited To Only Those Individuals Determined Eligible to Participate

Comments Are Limited To 3 Minutes

Please Clearly State Your First and Last Name for the Record

**For Assistance with virtual attendance Please Call**

**949.861.5954**

**or**

**949.861.5955**

# Conclusion

Virtual participants can submit which option they prefer for organization by sending an e-mail to:

CVMT-CDIB@bia.gov

Must email by midnight TODAY, August 30, 2023

Interest sheets can be turned in today or submitted by e-mail to:

harley.long@bia.gov

All interest sheets must be received by:

Must email by, September 1, 2023

Exhibit 7

# California Valley Miwok Tribe Constitution Committee

JANUARY 18, 2024,

VIRTUAL MEETING



### HIERARCHY OF UNITED STATES AND TRIBAL LAWS

| LAW | MADE BY | CAN BE CHANGED BY |
|---|---|---|
| U.S. Constitution | U.S. People represented by their States | ¾ vote of all State — Alabama yes, Alaska yes, Arizona yes, California yes |
| U.S. Statues | U.S. Congress | Majority vote of Congress |
| Tribal Constitution | Tribal Members | Amendment with Vote of the Tribe Members |
| Tribal Ordinance | Tribal Business Committee | Vote of Tribal Business Committee |
| Tribal Resolution | Tribal Business Committee | Vote of Tribal Business Committee |

# Developing Proposed  Constitution

Sets forth tribal powers and fundamental governing principles and promotes order in the conduct of tribal affaris;

Protects the rights of tribal members and protects the rights of person subject to tribal jurisdiction;

Protects resources, values, and culture of the tribe by setting forth in writing the tribe's powers and functions.

# Developing Proposed Constitution



**Tribal driven process**. Look for areas of consensus and areas that need improvement.



It is important **to engage with the** tribal community to obtain **input on the proposed governing document** all throughout this process.



Common to have various drafts or versions of the proposed Constitution document throughout the drafting process.

# Constitutional Considerations

➢ Use clear, concise, consistent language throughout entire document.

➢ Use language that is commonly understood using terms that are understood in one way (Use: Tribal Council not just Council because it could mean General Council, Elders Council, etc).

➢ Some Tribes' Constitutions include a definitions section for clarity.

➢ Pay attention and be deliberate with the words
  • example: may or shall
  • example: qualified voter vs eligible voter

# Constitutional Considerations

Do I understand how this process would work as described in the Constitution?

Do I understand how the Tribe would go about changing or amending this document?

How many Ordinances/Bylaws are we creating per this Constitution?

Are Articles labeled correctly and in order? Review for content, flow and grammar (avoid typos).

# Constitutional Considerations

Need technical and legal review by BIA staff and BIA's Solicitors to obtain BIA approval. BIA cannot approve a Constitution that is contrary to Federal law.

Example:

- References to Tribes having criminal jurisdiction might not obtain Federal approval depending on language because Congress granted criminal jurisdiction in California to the State per Public Law 83-280 (67 Stat. 588).

# Constitutional Drafting



**How do you want to create it?** Will it be a shared document?



Identify who on this Committee will be responsible for creating proposed document (who is typing it)?



**Tracking** comments, suggestions and edits?



Tracking versions of document

# Sample Constitutions

Publicly available tribal Constitutions that can be shared without redactions.

idc-001884.pdf (SECURED) (bia.gov)

wqs-tribal-tas-jst-application-exhibit-c.pdf (epa.gov)

hvt-constitution-and-bylaws.pdf (hoopa-nsn.gov)

BLR_Constitution.pdf (bluelakerancheria-nsn.gov)

# Comments & Questions

BIA is here to provide technical assistance and support as requested.

Contact: Harley Long, Superintendent
Carol Rogers-Davis, Tribal Operations Officer
(279) 444-0323

# Exhibit 8

🇺🇸 An official website of the United States government

Search:  ○ Agenda   ○ Reg Review   ● ICR    [Go]

| Home | Unified Agenda | Regulatory Review | Information Collection Review | FAQs / Resources | Contact Us |

Display additional information by clicking on the following: ☑ All  ☑ Brief and OIRA conclusion
☑ Abstract/Justification ☑ Legal Statutes ☑ Rulemaking ☑ FR Notices/Comments ☑ IC List ☑ Burden ☑ Misc.
☑ Common Form Info. ☑ Certification
View Information Collection (IC) List                    View Supporting Statement and Other Documents
Blank fields in records indicate information that was not collected or not collected electronically prior to July 2006.

Please note that the OMB number and expiration date may not have been determined when this Information Collection Request and associated Information Collection forms were submitted to OMB. The approved OMB number and expiration date may be found by clicking on the Notice of Action link below.

## View ICR - OIRA Conclusion

**OMB Control No:** 1076-0153                                  **ICR Reference No:** 200004-1076-001
**Status:** Historical Active                                  **Previous ICR Reference No:**
**Agency/Subagency:** DOI/BIA                                  **Agency Tracking No:**
**Title:** Request for Certificate of Degree of Indian or Alaska Native Blood, 25 CFR Part 70
**Type of Information Collection:** Existing collection in use without an OMB Control
Number                                                          **Common Form ICR:** No
**Type of Review Request:** Regular
**OIRA Conclusion Action:** Approved without change             **Conclusion Date:** 06/19/2000
Retrieve Notice of Action (NOA)                                **Date Received in OIRA:** 04/19/2000
**Terms of Clearance:**

|  | Inventory as of this Action | Requested | Previously Approved |
|---|---|---|---|
| Expiration Date | 07/31/2003 | 07/31/2003 |  |
| Responses | 287,400 | 0 | 0 |
| Time Burden (Hours) | 433,500 | 0 | 0 |
| Cost Burden (Dollars) | 0 | 0 | 0 |

**Abstract:** This part specifies the requirements for the documentation of degree on Indian blood and uniform standards by which we may issue, amend, or invalidate a Certificate of Degree of Indian or Alaska Native Blood. The Bureau issues CDIBs to assist individuals in establishing their eligibility for programs and services based upon their status as American Indians and/or Alaska Natives.

**Authorizing Statute(s):** None
**Citations for New Statutory Requirements:** None

**Associated Rulemaking Information**
RIN:                    Stage of Rulemaking:                    Federal Register Citation:            Date:

**Federal Register Notices & Comments**
**Did the Agency receive public comments on this ICR?** No

**Number of Information Collection (IC) in this ICR:** 1

| IC Title | Form No. | Form Name |
|---|---|---|
| Request for Certificate of Degree of Indian or Alaska Native Blood, 25 CFR Part 70 |  |  |

**ICR Summary of Burden**

|  | Total Approved | Previously Approved | Change Due to New Statute | Change Due to Agency Discretion | Change Due to Adjustment in Estimate | Change Due to Potential Violation of the PRA |
|---|---|---|---|---|---|---|
| Annual Number of Responses | 287,400 | 0 | 0 | 287,400 | 0 | 0 |
| Annual Time Burden (Hours) | 433,500 | 0 | 0 | 433,500 | 0 | 0 |
| Annual Cost Burden (Dollars) | 0 | 0 | 0 | 0 | 0 | 0 |

**Burden increases because of Program Change due to Agency Discretion:** Yes
**Burden Increase Due to:**
**Burden decreases because of Program Change due to Agency Discretion:** No
**Burden Reduction Due to:**
**Short Statement:**

**Annual Cost to Federal Government:** $0
**Does this IC contain surveys, censuses, or employ statistical methods?** No
**Is the Supporting Statement intended to be a Privacy Impact Assessment required by the E-Government Act of 2002?** No

Case 1:24-cv-00947-TSC    Document 1-2    Filed 04/02/24    Page 91 of 94

**Is this ICR related to the Affordable Care Act [Pub. L. 111-148 & 111-152]?** Uncollected
**Is this ICR related to the Dodd-Frank Wall Street Reform and Consumer Protection Act, [Pub. L. 111-203]?** Uncollected
**Is this ICR related to the American Recovery and Reinvestment Act of 2009 (ARRA)?** Uncollected
**Is this ICR related to the Pandemic Response?** Uncollected

---

**Common Form ICR:** No

---

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9 and the related provisions of 5 CFR 1320.8(b)(3).

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

☐   (a) It is necessary for the proper performance of agency functions;

☐   (b) It avoids unnecessary duplication;

☐   (c) It reduces burden on small entities;

☐   (d) It uses plain, coherent, and unambiguous language that is understandable to respondents;

☐   (e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;

☐   (f) It indicates the retention periods for recordkeeping requirements;

☐   (g) It informs respondents of the information called for under 5 CFR 1320.8 (b)(3) about:

         (i) Why the information is being collected;
         (ii) Use of information;
         (iii) Burden estimate;
         (iv) Nature of response (voluntary, required for a benefit, or mandatory);
         (v) Nature and extent of confidentiality; and
         (vi) Need to display currently valid OMB control number;

☐   (h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected.

☐   (i) It uses effective and efficient statistical survey methodology (if applicable); and

☐   (j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item by leaving the box unchecked and explain the reason in the Supporting Statement.

**Certification Date:** 04/19/2000

---

 



Reginfo.gov
**An official website of the** <u>U.S. General Services Administration</u> **and the** <u>Office of Management and Budget</u>

<u>About Us</u>      <u>About GSA</u>      <u>About OIRA</u>      <u>Related Resources</u>      <u>Disclosure</u>      <u>Accessibility</u>      <u>FOIA</u>      <u>Privacy Policy</u>      <u>Contact Us</u>

Looking for U.S. government information and services?
<u>Visit USA.gov</u>

*Type of Review:* Extension of a currently approved collection.

*Respondents/Affected Public:* Qualified Indian persons who are seeking preference in employment with the BIA and IHS.

*Total Estimated Number of Annual Respondents:* 5,000 per year, on average.

*Total Estimated Number of Annual Responses:* 5,000 per year, on average.

*Estimated Completion Time per Response:* 30 minutes.

*Total Estimated Number of Annual Burden Hours:* 2,500 hours.

*Respondent's Obligation:* A response is required to obtain a benefit.

*Frequency of Collection:* On occasion.

*Total Estimated Annual Nonhour Burden Cost:* $6,920.

An agency may not conduct or sponsor and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.

The authority for this action is the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq.*).

**Elizabeth K. Appel,**

*Director, Office of Regulatory Affairs and Collaborative Action—Indian Affairs.*

[FR Doc. 2020–21559 Filed 9–29–20; 8:45 am]

**BILLING CODE 4337–15–P**

# DEPARTMENT OF THE INTERIOR

## Bureau of Indian Affairs

**[201A2100DD/AAKC001030/ A0A501010.999900 253G; OMB Control Number 1076–0153]**

## Agency Information Collection Activities; Certificate of Degree of Indian or Alaska Native Blood

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of information collection; request for comment.

**SUMMARY:** In accordance with the Paperwork Reduction Act of 1995, the Bureau of Indian Affairs (BIA) is proposing to renew an information collection.

**DATES:** Interested persons are invited to submit comments on or before November 30, 2020.

**ADDRESSES:** Send your comments on the information collection request (ICR) by mail to Ms. Laurel Iron Cloud, Chief, Division of Tribal Government Services, Office of Indian Services, Bureau of Indian Affairs, 1849 C Street NW, Mail Stop 4513 MIB, Washington, DC 20240; facsimile: (202) 208–5113; email: *laurel.ironcloud@bia.gov.* Please reference OMB Control Number 1076–

0153 in the subject line of your comments.

**FOR FURTHER INFORMATION CONTACT:** To request additional information about this ICR, contact Ms. Laurel Iron Cloud, telephone (202) 513–7641.

**SUPPLEMENTARY INFORMATION:** In accordance with the Paperwork Reduction Act of 1995, we provide the general public and other Federal agencies with an opportunity to comment on new, proposed, revised, and continuing collections of information. This helps us assess the impact of our information collection requirements and minimize the public's reporting burden. It also helps the public understand our information collection requirements and provide the requested data in the desired format.

We are soliciting comments on the proposed ICR that is described below. We are especially interested in public comment addressing the following issues: (1) Is the collection necessary to the proper functions of the BIA (2) will this information be processed and used in a timely manner; (3) is the estimate of burden accurate; (4) how might the BIA enhance the quality, utility, and clarity of the information to be collected; and (5) how might the BIA minimize the burden of this collection on the respondents, including through the use of information technology.

Comments that you submit in response to this notice are a matter of public record. We will include or summarize each comment in our request to OMB to approve this ICR. Before including your address, phone number, email address, or other personal identifying information in your comment, you should be aware that your entire comment—including your personal identifying information—may be made publicly available at any time. While you can ask us in your comment to withhold your personal identifying information from public review, we cannot guarantee that we will be able to do so.

*Abstract:* The BIA is seeking renewal of this information collection conducted under the numerous laws authorizing BIA to administer program services to Indians, provided that the individual possess a minimum degree of Indian or Alaska Native blood. When applying for program services authorized by these laws, an applicant must provide acceptable documentation to prove that he or she meets the minimum required degree of Indian or Alaska Native blood. Currently, the BIA certifies an individual's degree of Indian or Alaska Native blood if the individual can provide sufficient information to prove

his or her identity and prove his or her descent from an Indian ancestor(s) listed on historic documents approved by the Secretary of the Interior that include blood degree information. To obtain the Certificate of Degree of Indian or Alaska Native Blood, the applicant must fill out an application form and provide supporting documents.

*Title of Collection:* Request for Certificate of Degree of Indian or Alaska Native Blood.

*OMB Control Number:* 1076–0153.

*Form Number:* N/A.

*Type of Review:* Extension of a currently approved collection.

*Respondents/Affected Public:* Individuals.

*Total Estimated Number of Annual Respondents:* 100,000 per year, on average.

*Total Estimated Number of Annual Responses:* 100,000 per year, on average.

*Estimated Completion Time per Response:* 1.5 hours.

*Total Estimated Number of Annual Burden Hours:* 150,000.

*Respondent's Obligation:* Required to Obtain a Benefit.

*Frequency of Collection:* Once.

*Total Estimated Annual Nonhour Burden Cost:* $400,000.

An agency may not conduct or sponsor and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number.

The authority for this action is the Paperwork Reduction Act of 1995 (44 U.S.C. 3501 *et seq*).

**Elizabeth K. Appel,**

*Director, Office of Regulatory Affairs and Collaborative Action—Indian Affairs.*

[FR Doc. 2020–21558 Filed 9–29–20; 8:45 am]

**BILLING CODE 4337–15–P**

# DEPARTMENT OF THE INTERIOR

## Bureau of Indian Affairs

**[190A2100DD/AAKC001030/ A0A51010.999900]**

## Land Acquisitions; Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice.

**SUMMARY:** The Assistant Secretary— Indian Affairs has made a final determination to acquire 1,427.78 acres, more or less, (commonly known as "Camp 4") into trust for the Santa Ynez Band of Chumash Mission Indians of the Santa Ynez Reservation, California. Congress affirmed that this property is

≡ An official website of the United States government

Search: ○ Agenda  ○ Reg Review  ● ICR

Go

| Home | Unified Agenda | Regulatory Review | Information Collection Review | FAQs / Resources | Contact Us |

**Display additional information by clicking on the following:** ☑ All  ☑ Brief and OIRA conclusion
☑ Abstract/Justification  ☑ Legal Statutes  ☑ Rulemaking  ☑ FR Notices/Comments  ☑ IC List  ☑ Burden  ☑ Misc.
☑ Common Form Info.  ☑ Certification
View Information Collection (IC) List        View Supporting Statement and Other Documents

**Please note that the OMB number and expiration date may not have been determined when this Information Collection Request and associated Information Collection forms were submitted to OMB. The approved OMB number and expiration date may be found by clicking on the Notice of Action link below.**

## View ICR - OIRA Conclusion

**OMB Control No:** 1076-0153
**Status:** Active
**Agency/Subagency:** DOI/BIA
**Title:** Request for Certificate of Degree of Indian or Alaska Native Blood (CDIB)
**Type of Information Collection:** Extension without change of a currently approved collection
**Type of Review Request:** Regular
**OIRA Conclusion Action:** Approved with change
Retrieve Notice of Action (NOA)
**Terms of Clearance:** OMB approves this ICR for three years. Before submitting a renewal package, the agency needs to work to find other means to transmit documentation in addition to mailing them. Please provide an update on efforts to do so before submission of the renewal.

**ICR Reference No:** 202103-1076-003
**Previous ICR Reference No:** 201712-1076-002
**Agency Tracking No:**

**Common Form ICR:** No

**Conclusion Date:** 11/16/2021
**Date Received in OIRA:** 03/26/2021

| | Inventory as of this Action | Requested | Previously Approved |
|---|---|---|---|
| **Expiration Date** | 11/30/2024 | 36 Months From Approved | 11/30/2021 |
| **Responses** | 100,000 | 0 | 100,000 |
| **Time Burden (Hours)** | 150,000 | 0 | 150,000 |
| **Cost Burden (Dollars)** | 4,000,000 | 0 | 4,000,000 |

**Abstract:** As authorized by law, BIA provides a form which allows applicants to receive documentation of degree of Indian blood and uniform standards by which we issue, amend, or invalidate a CDIB.

**Authorizing Statute(s):** US Code: 25 USC 13 Name of Law: The Snyder Act of 1921
US Code: 25 USC 46 et seq. Name of Law: Indian Reorganization Act of 1934
US Code: 25 USC 450 et seq. Name of Law: Indian Self-Determination and Education Assistance Act as amended
US Code: 25 USC 458aa et seq. Name of Law: Tribal Self-Governance Act
US Code: 25 USC 2001 et seq. Name of Law: Education Amendments of 1978
Statute at Large: 61 Stat. 731 Name of Statute: The Act of August 4, 1947
US Code: 25 USC 21 Name of Law: Indian Child Welfare Act
US Code: 25 USC 2007 Name of Law: BIA Programs
US Code: 25 USC 2201 Name of Law: 10. Land Consolidation
US Code: 43 USC 1601-1624 Name of Law: Alaska Native Claims Settlement Act of December 18, 1971

**Citations for New Statutory Requirements:** None

**Associated Rulemaking Information**
**RIN:**    **Stage of Rulemaking:**    **Federal Register Citation:**    **Date:**
    Not associated with rulemaking

**Federal Register Notices & Comments**
**60-day Notice:**    **Federal Register Citation:**    **Citation Date:**
    85 FR 61768    09/30/2020
**30-day Notice:**    **Federal Register Citation:**    **Citation Date:**
    86 FR 16236    03/26/2021
**Did the Agency receive public comments on this ICR?** No

**Number of Information Collection (IC) in this ICR:** 1

| IC Title | Form No. | Form Name |
|---|---|---|
| Request for Certificate of Degree of Indian or Alaska Native Blood (CDIB) | None | Request for Certificate of Degree of Indian or Alaska Native Blood |

**ICR Summary of Burden**

| | Total Approved | Previously Approved | Change Due to New Statute | Change Due to Agency Discretion | Change Due to Adjustment in Estimate | Change Due to Potential Violation of the PRA |
|---|---|---|---|---|---|---|
| Annual Number of Responses | 100,000 | 100,000 | 0 | 0 | 0 | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Annual Time Burden (Hours) | 150,000 | 150,000 | 0 | 0 | 0 | 0 |
| Annual Cost Burden (Dollars) | 4,000,000 | 4,000,000 | 0 | 0 | 0 | 0 |

**Burden increases because of Program Change due to Agency Discretion:** No

**Burden Increase Due to:**

**Burden decreases because of Program Change due to Agency Discretion:** No

**Burden Reduction Due to:**

**Short Statement:**

---

**Annual Cost to Federal Government:** $6,205,500

**Does this IC contain surveys, censuses, or employ statistical methods?** No

**Does this ICR request any personally identifiable information (see** OMB Circular No. A-130 **for an explanation of this term)? Please consult with your agency's privacy program when making this determination.** Yes

**Does this ICR include a form that requires a Privacy Act Statement (see** 5 U.S.C. §552a(e)(3)**)? Please consult with your agency's privacy program when making this determination.** Yes

**Is this ICR related to the Affordable Care Act [Pub. L. 111-148 & 111-152]?** No

**Is this ICR related to the Dodd-Frank Wall Street Reform and Consumer Protection Act, [Pub. L. 111-203]?** No

**Is this ICR related to the American Recovery and Reinvestment Act of 2009 (ARRA)?** No

**Is this ICR related to the Pandemic Response?** No

**Agency Contact:** Ashley Fry 202 208-5808 ashley.fry@bia.gov

---

**Common Form ICR:** No

---

On behalf of this Federal agency, I certify that the collection of information encompassed by this request complies with 5 CFR 1320.9 and the related provisions of 5 CFR 1320.8(b)(3).

The following is a summary of the topics, regarding the proposed collection of information, that the certification covers:

- ☑ (a) It is necessary for the proper performance of agency functions;
- ☑ (b) It avoids unnecessary duplication;
- ☑ (c) It reduces burden on small entities;
- ☑ (d) It uses plain, coherent, and unambiguous language that is understandable to respondents;
- ☑ (e) Its implementation will be consistent and compatible with current reporting and recordkeeping practices;
- ☑ (f) It indicates the retention periods for recordkeeping requirements;
- ☑ (g) It informs respondents of the information called for under 5 CFR 1320.8 (b)(3) about:
  - (i) Why the information is being collected;
  - (ii) Use of information;
  - (iii) Burden estimate;
  - (iv) Nature of response (voluntary, required for a benefit, or mandatory);
  - (v) Nature and extent of confidentiality; and
  - (vi) Need to display currently valid OMB control number;
- ☑ (h) It was developed by an office that has planned and allocated resources for the efficient and effective management and use of the information to be collected.
- ☑ (i) It uses effective and efficient statistical survey methodology (if applicable); and
- ☑ (j) It makes appropriate use of information technology.

If you are unable to certify compliance with any of these provisions, identify the item by leaving the box unchecked and explain the reason in the Supporting Statement.

**Certification Date:** 03/26/2021

 



Reginfo.gov

**An official website of the** U.S. General Services Administration **and the** Office of Management and Budget

About Us     About GSA     About OIRA     Related Resources     Disclosure     Accessibility     FOIA     Privacy Policy     Contact Us

Looking for U.S. government information and services?

Visit USA.gov

https://www.reginfo.gov/public/do/PRAViewICR?ref_nbr=202103-1076-003     2/2