IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CALIFORNIA VALLEY MIWOK TRIBE, MILDRED FERN BURLEY, SILVIA FAWN BURLEY, RASHEL KAWEHILANI REZNOR, ANGELICA JOSETT PAULK, TRISTIAN SHAWNEE WALLACE, DAVEEN RONELLE WILLIAMS, DARYL STEVEN BURLEY, WILLIAM DAVID BURLEY JR. III, MICHELE DENISE BURLEY,<br>            Plaintiffs,<br><br>v.<br><br>DEB HAALAND, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br>            Defendants. | Case No. 1:24-cv-00947-TSC |

**FEDERAL DEFENDANTS' MOTION TO DISMISS**

Defendants Deb Haaland, Secretary of the United States Department of the Interior, Bryan Newland, Assistant Secretary – Indian Affairs, and Amy Dutschke, Bureau of Indian Affairs Pacific Regional Director ("Federal Defendants"), respectfully move for dismissal of this case for lack of subject matter jurisdiction and failure to state a valid claim under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are explained in the accompanying Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss.

Because the administrative record for the challenged agency action or inaction is unnecessary to resolve the threshold legal arguments presented in this motion, Federal Defendants do not submit an index of the administrative record contemporaneously with this dispositive motion. *See* U.S. Dist. Court for the Dist. of Columbia Local Rule 7(n). Local Rule 7(n) "is intended to assist the Court in cases involving a voluminous record . . . by providing the

Court with copies of relevant portions of the record relied upon in any dispositive motion." LCvR 7(n) cmt. Thus, where the administrative record is unnecessary to resolve the motion before the Court, the administrative record and a certified list of its contents are not relevant. *See Jimenez Verastegui v. Wolf*, 468 F. Supp. 3d 94, 97 n.3 (D.D.C. 2020); *Connecticut v. U.S. Dep't of the Interior*, 344 F. Supp. 3d 279, 294 (D.D.C. 2018); *Carroll v. Off. of Fed. Cont. Compliance Programs*, 235 F. Supp. 3d 79, 81 n.1 (D.D.C. 2017). Such is the case with Federal Defendants' motion to dismiss, which is based upon the Complaint's pleading deficiencies.

Federal Defendants also note that they agree with Plaintiffs that this case involves common issues of fact with the earlier-filed case of *California Valley Miwok Tribe v. Haaland*, No. 22-cv-1740-JMC (D.D.C.), which is pending before Judge Cobb. Pursuant to Local Rule of Civil Procedure 40.5(b)(2), Federal Defendants further note that this case grows out of the same event as that currently-pending CVMT case.

Respectfully Submitted: June 4, 2023

                        TODD KIM
                        Assistant Attorney General
                        Environment & Natural Resources Division

*/s/ Matthew Marinelli*
Matthew Marinelli
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0293
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov
*Attorney for Federal Defendants*

**Of counsel:**
Janet Fealk
Department of the Interior
Office of the Solicitor
Pacific Southwest Region
Sacramento, CA